IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. CR 07 012 T
)
vs. ) In violation of 18 U.S.C. §1001
)
)
JOHN L. RICCIO )

FILED
JAN 24 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about June 19, 2006 in the District of Rhode Island, the defendant, John L. Ricco, knowingly and willfully made a materially false, fictitious or fraudulent statement on a document he submitted to the Transportation Security Administration, to wit: a SF-86 Questionnaire for National Security Positions in which he falsely represented that he had not been employed outside of his home during the period July 2002-July 2004.

In violation of 18 U.S.C. § 1001.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

Zachariah Chafee

ZECHARIAH CHAFEE
ASSISTANT U.S. ATTORNEY

Luis M. Matos

LUIS M. MATOS
CHIEF, CRIMINAL DIVISION

Dated: 1/23/07