# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOHN L. RICCIO
10/30/43

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 07-12T

(Name and Address of Defendant)
JOHN L. RICCIO
122 King Phillip Drive North Kingstown, RI 02854

JAN 24 2007

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Monday, January 29, 2007 at 2:00 P.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1001

Brief description of offense:

knowingly and willfully made a materially false, fictitious or fraudlent statement on a document he submitted to the Transportation Security Administration

Martha Saucier
Signature of Issuing Officer

January 24, 2007
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 1/26/07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 122 KING PHILLIP RD NORTH KINGSTOWN, R.I

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/26/07
Date

BURTON STALLWOOD
Name of United States Marshal

C.A. Moore
(by) Deputy United States Marshal

Remarks: 1-26-07

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2007 JAN 30 P 12:56

FILED