UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-012T |
| | ) | |
| JOHN RICCIO | ) | |

MOTION TO CONTINUE EMPANELMENT AND EXTEND THE TIME FOR FILING MOTIONS

Now comes John Riccio, the Defendant in the above captioned matter, and moves this Honorable Court to continue the scheduled dates in this matter for sixty (60) days. The deadline for motions is currently set for March 12, 2007, and the empanelment is set for a later date consistent with a "ready for trial" date of March 22, 2007. The additional time requested is excludable under the Speedy Trial Act 18 USC § 3161(h)(8). Mr. Riccio submits the attached memorandum in support of this request.

Respectfully submitted
John Riccio
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and United States Probation on February 12, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-012T |
| | ) | |
| JOHN RICCIO | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE EMPANELMENT AND EXTEND THE TIME FOR FILING MOTIONS

Mr. Riccio has moved this Honorable Court to continue this matter currently for sixty (60) days. Mr. Riccio states that the additional time is needed for the government and defense to complete the discovery process, including the defense investigation. At this early point it appears that medical, legal, and employment documents from various sources will be necessary for proper management of this matter. The government, through AUSA Zechariah Chafee, has agreed to the necessity of this continuance and indicated it has no objection to the granting of this motion..

Respectfully submitted
John Riccio
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and United States Probation on February 12, 2007.

/s/ Kevin J. Fitzgerald