UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN L. RICCIO

v. CA No. 07-12-T

UNITED STATES OF AMERICA

**ORDER**

Defendant's motion to represent himself is hereby scheduled for argument at 11:30 a.m. on Thursday, May 10, 2007. The clerk shall docket the motion, send copies to defendant's counsel of record, Kevin Fitzgerald, and to Assistant United States Attorney Zechariah Chafee. The letter from the defendant to his counsel attached as Exhibit A to defendant's motion shall be sealed pending further order of the Court.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
May 2, 2007