# AFFIDAVIT OF JOHN RICCIO
## RE: Unlawful Arrest and False Imprisonment

State of Rhode Island
County of Washington, SS:

John Riccio, being first duly cautioned and sworn, under penalty of perjury, deposes and says as follows:

1. I am Appearing as a Witness in support of my Motion To Dismiss and Estoppel of Trial for At Least 30 Days and am making the following statement under penalty of perjury verifying both the Jurisdictional Facts and Law relating to the Unlawful Arrest and False Imprisonment of John Riccio in Criminal Case No: 07-012T as well as the Violation of the Speedy Trial Act and the Court's Lack of Subject Matter Jurisdiction

[FOR THE RECORD, UPON THE OATH OF OFFICE AND BOND OF THE COURT (CLERK, JUDGES, AND ALL OTHER OFFICERS OF THE COURT)] I standing in God's kingdom, accept for value and honor the Judges and Officers of the Court their Oaths of Office without the UNITED STATES and each of you and I now have a binding private contract "so help me God", that each of you will protect and defend all my God given and Constitutionally declared rights.

2. I would like to take SPECIAL JUDICIAL NOTICE that as both a Sovereign and an American Citizen I have an Absolute and Irrefutable Constitutional Right to be Judged Under Common Law per the U.S. Constitution that includes Article VI Supremacy Clause that is the SUPREME LAW OF THE LAND. Common Law goes back to the Magna Carta and was the Foundation of the U.S. Constitution. As a result, Judge Ernest Torres does not have the Authority, Discretion, or Jurisdiction to refuse to Judge this Case Under Common Law or he is Violating John Riccio's Constitutional Rights, particularly those under 42 U.S.C. Sec. 1983, and the Judge's Judicial Oath to Support and Defend the U.S. Constitution. The Cornerstone of Common Law is that "Someone MUST Be Damaged and there MUST Be a Competent Witness." Without Legal Evidence of Someone Being Damaged and a Competent Witness, it is impossible to Legally Find a Defendant Guilty Under the Law. John Riccio Has Reserved His Constitutional Right to Be Judged Under Common Law.

3. The Fourth Amendment to the U. S. Constitution clearly states that one cannot be Arrested Without a Warrant and Without an Affidavit of Probable Cause. "The right of the people to be secure in their **PERSONS,** houses, papers, and effects, against unreasonable searches and seizures, SHALL NOT BE VIOLATED, AND NO WARRANT SHALL ISSUE, BUT UPON PROBABLE CAUSE, SUPPORTED BY OATH or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." **No Warrant was ever issued against John Riccio, so this Court Has No Jurisdiction. Furthermore when an Arresting Officer does not have the Warrant In His Possession, It Totally Invalidates the Arrest giving the**

**Court No Subject Matter Jurisdiction. The Defendant has an Expert Witness. (See Exhibit 76 Pages "A Treatise On Arrest and False Imprisonment")**

The following Facts will prove that John Riccio was Unlawfully Arrested and Falsely Imprisoned. #1. There was No Arrest Warrant or Supporting Affidavit as required by the 4th Amendment to the U.S. Constitution. If there had been one, it would have had to be Signed By a Judge to be a Valid Arrest Warrant. The Defendant only received an Indictment that was not Signed By a Judge and a Summons In a Criminal Case that also was not Signed By a Judge. Neither had a Sworn Affidavit outlining the Probable Cause & a Competent Witness as required under Common Law and the Fourth Amendment to the U.S. Constitution. **The 4th Amendment of the U.S. Constitution clearly calls for a Warrant. There is No Mention of an Indictment or a Summons being the same as a Warrant plus the Fact that No Judge Signed either one. As a result, this Court Has No Jurisdiction.** #2. When an Arrest is Invalid, then Any Conviction MUST Be Overturned. Not having a Warrant and an Affidavit according to the U.S. Constitution INVALIDATES the Arrest and Any Subsequent Conviction. It was also a clear Violation of My Constitutional Right of Due Process according to Appellate Court Cases.

"What is due process of law may be ascertained by an examination of those settled usages and modes of proceedings existing in the Common and Statute Law of England before the emigration of our Ancestors. Twining v. New Jersey, 211 U.S. 78, 100 (1908)." "In determining the law surrounding arrests, the Supreme Court of South Carolina, in the case of State v. Byrd, 72 S.C. 104, 51 S.E. 542, 544 (1905) At Common Law, as a general rule, an arrest could not be made without Warrant for an Offense less than felony, except for a breach of the peace. 3 Cyc. 880; 880 State v. Sims, 16 S.C. 486."

The Supreme Court of North Carolina stated In 6 C.J.S. Arrest Sec. 4, p. 576 et seq., we find the general rule stated as follows: "The Warrant MUST at the time of Arrest be in the Possession of and with the Person purporting to Act there under or of one with whom he is Acting in Conjunction." In Beale's Pl. & Pr. Sec. 18 it is said "An Officer arresting on a Warrant must have the Warrant with him, and must show it on request." In the Virginia Case of Muscoe v. Commonwealth, in which a policeman undertook to arrest Muscoe for a past misdemeanor, without a warrant, and Muscoe shot and killed him. He was Convicted of murder but the Appeal the Court Reversed the Conviction stating "Indeed, not only must there be a Warrant in the class of cases last mentioned [misdemeanors], but, to justify the arrest, the officer MUST have the Warrant with him in at the time." In 1 Bish, New Crim. Proc. Sec. 190, it is said: "to justify an arrest under a warrant, the officer must have it in possession; and, if though delivered to him, he leaves it at his office or station house, it will not protect him." In Crosswhite v. Barnes, supra, it was stated that the arresting officer must have the warrant with him, "and MUST show it on request." In the annotator's summary of a note in 42 L.R.A. at page 682, it is said: An accused person, if he demands it, is entitled to have the warrant for his arrest shown to him at the time of arrest." (See also 51 L.R.A. 211) **This Lack of Possession of the**

**Arrest Warrant Invalidates the Arrest and give the Court No Jurisdiction over the Charge of Violating 18 U.S.C. Sec. 1001.**

4. The Constitutional Right of Due Process requires that an Arresting Officer take a Defendant Directly to a Magistrate or Judge or he is Guilty of False Imprisonment. If the Arresting Officer does not take the Defendant Directly to a Magistrate, the Defendant is being Denied the Constitutional Right of Due Process to Obtain Bail and to not be Booked, Fingerprinted, and in many Cases like John Riccio, the Right to Bail so not to be Subjected to being Booked, Photographed, and Fingerprinted. The Officer did not take Me to the Magistrate until after being Booked, Photographed, and Fingerprinted Violating My Constitutional Right of Due Process. The New York Supreme Court in the Gow Case stated "the duty of every member of the police force under penalty of a fine or dismissal from the force, immediately upon arrest, to convey the offender, not to police headquarters to be photographed and measured, but before the nearest sitting magistrate that he may be dealt with according to law." (p. 1016) The Gow case was upheld several years later by the Supreme Court, in a case where it was acknowledged "that the taking of a plaintiff's picture before conviction was an Illegal Act." Article 1, section 6, of the Constitution of New York provides "No person shall *** be compelled in any criminal case to be a witness against himself; nor be deprived of life, liberty, or property without Due Process of Law." "Finger printing is an encroachment on the Liberty of a Person. It is justifiable, as is imprisonment, upon conviction for crime, in exercise of the police powers of the state."

The following Legal Citations sum up the Absolute Requirement of One's Constitutional Right of Due Process. "It must not be forgotten that there can be No Arrest Without Due Process of Law. An Arrest Without Warrant has never been Lawful, except in those cases where the public security requires it; and this has only been recognized in felony, and in breaches of the peace committed in the presence of the officer." Ex pate Rhodes, 2002 ala. 68, 79 So. 462, 465; citing, Sarah Way's Case, 41 Mich. 304, 1 N.W. 1023 (1879), et al. Also cited and affirmed in Pinkerton v. Verberg, 78 Mich. 573, 44 N.W. 579, 583 (1889); State v. Williams, 45 Ore. 314, 77 Pac. 965, 969, (1904); Adair v. Williams, 24 Ariz. 422, 210 Pac. 853, 856 (1922). In Allor v. Wayne Co., 43 Mich. 76, 97, 4 N.W. 492, 495-96 (1880), Mr. Justice Campbell says: "The Constitution has also provided that No One shall be deprived of Liberty without Due Process of Law, and has provided that No Warrant shall issue except upon Oath or Affirmation establishing probable cause." In Wharton on Criminal Law, vol. 1, Sec. 751e, it is said: "No man has a right to take away another's liberty, even though with consent, except by Process of Law." The New York Supreme Court of Appeals stated the correct exposition of the law in a case where it said that "even though the arrest, when made, was legal and justified," the officers "became trespassers ab initio and so continued to the time of plaintiff's release because of their failure to take him before a Magistrate as required."

5. **The Court Has No Jurisdiction because the Defendant's Constitutional Right of a Speedy Trial and a Violation of the 1974 Speedy Trial Act Has Been Violated.** Proof of Violation of the 1974 Speedy Trial Act is verified from the U.S.

Supreme Court Zedner vs. United States, No. 05-5992 (U.S. 06/05/2006). The U.S. Supreme Court gave a clear and precise ruling regarding the 70 Day Speedy Trial Act. #1. The Speedy Trial Clock starts when a Defendant is Arrested or Arraigned. The Defendant Was Arraigned on Jan. 29, 2007. The U.S. Supreme Court Ruled in the Zedner Case that went on for over 3 years that the "Speedy Trial Clock" can only be suspended if the Judge makes an "In Interest of Justice Statement" On the Record or in Writing explaining Why the Continuance is "in the Interest of Justice." Without this "In the Interest of Justice Statement", there can be no delay in the 70 Day Speedy Trial Act Clock. **Defendant John Riccio Was Arraigned on Jan. 29, 2007. As of May 17, 2007 Without Any "In Interest of Justice Statement" in the Instant Case, the Speedy Trial Clock has reached 108 Days proving the 70 Day Speedy Trial Act has been Violated. As a result, this Court Has No Jurisdiction and the Case MUST BE DISMISSED.**

**(See Exhibit of Zedner Case) "[15] 2. Petitioner is not estopped from challenging the excludability under the Act of the 1997 continuance." "[16] When a District Court makes No Findings On The Record to Support a Sect. (h)(8) continuance, harmless error is not appropriate." "[17] 4. Because the 91 day continuance, which was not excluded from the Speedy Trial Clock, exceeded the maximum of 70 day delay, the Act Was Violated." There has been "No In the Interest of Justice Statement in My Case proving that the Speedy Trial Act reached 108 Days on May 17, 2007, thus Violating the Speedy Trial Act.** In the Zedner Case, the U.S. Supreme Court very clearly stated that a Defendant Cannot Give Up His Constitutional Right to a Speedy Trial and that any Continuance MUST have the following statement if the Continuance is to be Excluded From the 70 Day Speedy Trial Act of 1974. To be Excluded from the 70 Day Speedy Trial Limit, the Judge MUST make a Statement On the Record or in Writing that the "Continuance was being made In the Interest of Justice and the Legal Reasons for being In the Interest of Justice are the following." **If this Court Ignores and Disobeys the U.S. Supreme Court Zedner Case Ruling, the Court would be Acting Without Jurisdiction and Violating John Riccio's Constitutional Right of Due Process and Civil Rights under 42 U.S.C. Sec. 1983.**

## ADDITIONAL REASONS WHY COURT HAD NO JURISDICTION

U.S. Constitution Article VI Supremacy Clause requires All Judges and All Courts to Obey International Treaties. Judges have No Authority, Discretion, or Jurisdiction to Disobey an International Treaty. This includes the International Treaty at the Hague in Oct 1961 that was Ratified in the United States in Oct. 1981. This International Treaty allows for the Authentication of Public Documents by the Secretary of State of any of the States placing an Apostille Seal on the Document. The following Legal Evidence proves that the U.S. District Court did not have Any Jurisdiction in the Instant Case. O n December 17,2006, I became an International Sovereign as well as a U.S. Citizen with my "Act of State" with an Attached Apostille. This Notarized Public Record with an Apostille MUST Be Accepted as "Prima Facie Evidence." FRE 902 states when a Notarized Document is presented to the Court, "No Further Evidence Needed." **This means that both FRE 901A, 902 & the International Treaty of 1961**

**at the Hague that was Ratified in the United States in Oct. 1981 allows for an Apostille by a Secretary of State of any State to "Authenticate Any Public Document" proving that the Court had No Jurisdiction over John Riccio and any Violation allows for Damages of $10 million Per Violation.** The Defendant has filed a copy of his "Act of State" that was Notarized with an Apostille. This "Act of State" gave John Riccio absolute status of a Sovereign with Diplomatic Immunity. (See Exhibit A of "Act of State") **This means No Judge or Court, even the U.S. Supreme Court, has the Authority or Jurisdiction to Disobey a Notarized Public Document with an Apostille.**

**If this Court Denies the Filed Motions that are John Riccio's Constitutional Right of Due Process, Such a Denial would be "Prima Facie Evidence" that Judge Ernest Torres is determined to "Control the Verdict" to the best of his Ability and meet Black's Dictionary Definition of Conducting a Kangaroo Court. "Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal." Such a Denial of Constitutional Right Motions would Willfully Violate All Aspects of Article VI Supremacy Clause and the Rule of Law in General. This would be a "Travesty of Justice."**

11. I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. <u>If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM Before Trial or within (30) days</u> from receipt hereof providing me with your counter affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit is substantially and materially false sufficiently to change materially my status and factual declarations. <u>Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.</u> May the will of our Heavenly Father Yahvah, through the power and authority of the blood of his Son Yahshua be done on Earth as it is in Heaven.

RESERVING ALL NATURAL GOD-GIVEN UNALIENABLE
BIRTHRIGHTS, WAIVING NONE, EVER

28 U.S.C. Sec. 1746(1)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Further Affiant sayeth naught

John Riccio, Affiant

Sworn to before me and subscribed in my presence 16th day of May 2007

Tammy Pinheiro
Notary Public

Notary for the State of Rhode Island
My Commission Expires ____________

TAMMY L. PINHEIRO
Notary Public
State of Rhode Island
My Commission Expires Aug 26, 2010