## Archetype Apostille

**All Rights Reserved**
Form: publici juris/Affidavit
Session: one supreme Court

## Act of State
## Reaffirmation of Dual Citizenship
## And Renunciation of Attempted Expatriation

I, John Leonard Riccio, ™®© by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation in Full Life and a Private, Sentient, Civilian, Absolute Sovereign Neutral *in intinere* upon the Land within the constitutional public survey boundaries of the State of Rhode Island, a Republic, of a constitutional **Township**, within the body of a constitutional county, the proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation of Dual Status and Identity, pursuant to my absolute freedom of religion, of an Ambassador on a Mission and Subject of the Kingdom of Heaven under its King, Christ; and an American Sovereign Citizen-Principal in good Standing and Behavior, Public Minister (Ambassador), and *"dominium"* (absolute owner) inhabitant of the organic united States ("a more perfect union") under the Constitution for the united States of America (1791 to Date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void , *ab initio*, any and all attempts (De Facto/Renegade/Corporate), by means of fiction or otherwise, of any changes in my lawful Status to that of a Corporate, Statutory/Military/Maritime/Admiralty/Fictitious "U.S"; "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy, UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include but are not limited to, the UNITED STATES, STATE OF RHODE ISLAND, COUNTY OF WASHINGTON, CITY OF NORTH KINGSTOWN, JOHN LEONARD RICCIO, JOHN L. RICCIO, JOHN RICCIO, 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 , etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", does and will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty and Pursuit of Happiness"), until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No.), as has been recognized, received, recorded, and issued by the De Facto/Renegade/Corporate government. As this Number is the International registration, National authentication, and State certification of a Public Document of the united States of America, my Nation, as well as identification of all guaranteed, absolute properties, whether Public or Private, are, will and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in damages of Ten Million Dollars of united States (nation-state) specie Money (united States Dollar silver/"Blocked"), that being enumerated in Article 1, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to Date), to be multiplied by not only the damaging party(s), but by all those in concert and causes of action.

This Declaration is made absolute by the enclosed Apostille (The State of Kansas) copy, and pursuant to 15 Stat. ch 249 pg. 223 (1868), shall be made final, adopted and accepted by the Doctrines of *Estoppel* (by acquiescence), *Law of the Record* (Apostille), *Moral Obligation* (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to

identify, restore and correct any and all errors, injuries, wrongs and damages at anytime applied and/or authorized to Me, pursuant to Congressional demand within 15 Stat. ch 249. I can redefine, reverse, alter, amend, change this action of State at any time or place I should desire, effecting my birthright treaties, chattels, loans, mortgages, relationships, taxes, government regulations, private rights held back from government(s), externalities, declaration of restrictions, presentments, economic liberties, research and development of rights, not limiting any other restrictions.

Date: "In the Beginning" plus six days. Announcement of Diplomatic Arrival: **October 30, 1943**

x *[signature]* ™®©(Common Law) **(seal)**

**Me; American Citizen/Citizen of Rhode Island; Christian:**
**Private, Sentient, Civilian Absolute Sovereign, Citizen;**
**United States of America: The State of Rhode Island, a republic,**
**"within" a constitutional county and a constitutional township republics"**

**"...at the mouths of two, or the mouths of three the matter is established."**
**Deuteronomy 19:15**

*[signature]* **(seal)** *[signature]* **(seal)**

Divine, Sentient, and Common Law Witness    Divine, Sentient, and Common Law Witness

**Archetype**

Form: public juris/Affidavit
Session: one supreme Court

**Act of State**
**Primary Signature Certification**
**(Convention de La Haye de 5 Octobre 1961)**
TIAS 10072,33 UST 883, 572 UNTS 189, (Convention # 12)

I do hereby certify the document enclosed to be a true, correct, complete, and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature certification only, for foreign use (i.e. United States of America) of the U.S. original document. This is pursuant to the Hague Conference on Private International Law dated 5 October 1961, at the Convention Abolishing the Requirement of Legalization for Foreign Public Documents. It was on 15 October 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents herein enclosed.

*[signature]*
Sentient Citizen

**The State of Kansas ]**
**The County of Douglas ]**

**Subscribed and sworn before me this** 17th **day of** December **in the year** 2006.

*Mary F. Lee*
Notary

Seal/Stamp
NOTARY PUBLIC - State of Kansas
MARY F. LEE
My Appt. Exp. 09/05/2007

Apostille Number:________________

**Reaffirmation of Dual Citizenship and Renunciation of Attempted Expatriation Act of State**

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America

   This Public Document

2. has been signed by MARY F. LEE
3. acting in the capacity of Notary Public
4. bears the seal/stamp of the State of Kansas

Certified

5. at Topeka, Kansas
6. the 21st day of December, A.D. 2006
7. by Ron Thornburgh, Secretary of State
8. No. 06-05874
9. Seal/Stamp:

10. Signature

# Citizen's Treatise

## Identity and the Subterfuge of Language

Do you remember the very first time that someone read back to you an exact transcription of words that you had uttered verbally, perhaps only hours or minutes before? It seemed like magic. Since the dawn of civilization, man has struggled to express with precision and clarity his verbal, visual, spiritual, and moral senses in a language that can be understood clearly by others. Even this document strains to find the proper language to express this Citizen's view of this Citizen's Divine and man-made, lawful World. The sense of morality, justice, and fairness which prompts this Treatise in the first place is particularly difficult to express in written language, and for this reason this Citizen is relying, in the main, on others of like mind who have better expressed this sense. This Citizen, as a matter of good faith and fairness, has tried to use those expressions of the highest authority, and demands and expects similar candor and relevance in return, if perchance, this Citizen has made an error. What follows is a "Citizen's Treatise" on our common language. It starts by revealing that there are those among us whose very livelihood is based on repeated, relentless attempts to steal our identities, and once stolen, the use of that stolen property for their own gain. Unfortunately, this seems to fairly characterize many of those who call themselves Public Servants, and it matters not whether this is willful, a conscious or unconscious effort on their part.

One of our most fundamental expectations (rights) is that we be properly addressed in our own common language. Because even this most basic expectation has been so consistently frustrated, this Private, Sentient, Civilian, Sovereign Citizen of the United States of America has even resorted to the extreme measure of having this Citizen's identity internationally registered and authenticated, as well as being certified by The State of South Carolina. This Citizen has either produced a lawfully compliant, certified, and true copy previously or has attached one to this document. Since at least the sixteenth century, one's true identity has been considered one's very essence and soul.

**"Who steals my purse steals trash;**
**'tis something, nothing;**

**'Twas mine, 'tis his,**
**and has been slave to thousands;**

**But he that filches from me my good name,**
**robs me of that which not enriches him,**
**and makes me poor indeed."**

**Othello, William Shakespeare**

Shakespeare was certainly aware that the theft of "good name" was a gross violation, greater than the theft of mere money. Throughout recorded history, one's true identity has been a source of either pride, or guilt by deception and obfuscation. There can be no middle ground. No law nor ordinance can be made that can get around the fact that true, unencumbered identity must be established before any process or procedure can be started, let alone completed.

## Christian Doctrine:

**"And Jesus stood before the governour (Pontius Pilate);**
**and the governour asked him, saying,**
**'Art thou that King of the Iewes?'**

**Jesus sayd vnto him,**
**'Thou sayest it.'**

**Matthew 27:11;**

And what was the result of this answer as far as the presumptive judicial authority was concerned?

**"When Pilate saw that he availed nothing,**
**but that more tumult was made,**
**hee tooke water, and washed his hands before the multitude, saying,**
**'I am innocent of the blood of this just man,**
**looke ye to it.' "**

**Matthew 27:24:**
**The 1599 Geneva Bible.**

This Citizen has taken this matter so seriously as to arrange this Citizen's affairs in such a way that there can be absolutely no confusion, doubt, or other justification needed as to this Citizen's lawful, Christian, and proper identification. **Exhibit A** is an internationally authenticated and registered document (Apostille) that has been certified by this Citizen's State as being the only lawful, Christian, and proper identification that is recognized by all systems of law, religious preference (see the First Amendment), our rules of our common language, and even the directives of Government. Also, **Exhibit A** declares that any misuse of this Citizen's identification will be assessed damages. This declaration is intended to prevent the theft of my identity, and to make any potential identity thieves liable for their actions, both lawfully and financially, for any misuse. Because this Apostille is a Public Document of United States of America and is registered internationally, and certified by the lawful State of this Citizen, the singular, proper, and unique identification of this Citizen is thereby incontrovertibly established for any and all to see. This level of authentication can be expressed as universal agreement.

---

## Identity Theft

**(Taken, in part, from**
**Department of Commerce Publication)**

The Federal Government and numerous States have passed laws that address the problem of identity theft.

The Identity Theft and Assumption Deterrence Act enacted by Congress in October 1998 (and codified, in part, at Title 19 U.S. Code § 1028) is the federal law directed at identity theft.

Violations of the act are investigated by federal law enforcement agencies, including (but not limited to) the U.S. Secret service, the FBI, the U.S. Postal Inspection Service, and the SSA's Office of the Inspector General. Federal identity theft cases are prosecuted by the U.S. Department of Justice.

In most instances, a conviction for identity theft carries a maximum penalty of 15 years imprisonment, a fine, and forfeiture of any personal property used or intended to be used to commit the crime. This Act also directs the U.S. Sentencing Commission to review and amend the federal sentencing guidelines to provide appropriate penalties for those persons convicted of identity theft.

Schemes to commit identity theft or fraud may also involve violations of other statutes, such as credit card fraud, computer fraud, mail fraud, wire fraud, financial institution fraud or Social Security fraud. Each of these federal offenses is a felony and carries substantial penalties—in some cases, as high as 30 years(Financial Institution Mail Fraud/Fictitious Names) in prison, fines, and criminal forfeiture.

---

**Exhibit B** is evidence of the resolve of the Departments of Justice and Commerce to investigate and prosecute any and all "identity thieves". This is being done in conjunction with the search for domestic terrorists, who may also use identity theft to promote their foreign, un-American causes. This document is the ultimate proof

of just what can be considered "identity theft"; and what constitutes mail fraud, anti-Christian acts, and mistaken identity will be revealed forthwith in this *Treatise*. **Exhibit C** shows that the Postal Inspection Service takes the investigation and prosecution of Mail Fraud seriously.

What follows is a compilation of positive proofs that show what is, and what is not, a true, complete, factual, and not misleading identification. One will see that I have studied many systems of law, rules of our common language, Government style directives, and many venues. Of course if the matter under investigation is a "fictitious name" charge, one must start with a complete and factual definition of name.

**Name/Abbreviation/Capitalization/INITIALISM/Idem Sonans/Fictions**

I am making the statement in this document that I am not a party to this action. I make this statement because I have not been specifically, correctly, and factually identified. It is known that such a declaration is commonly met with a lot of resistance from every quarter within the Anglo-American, Public Law, and/or the Criminal Procedure System of Law. This system is totally dependent upon Private Citizens "volunteering" (unknowingly) to be identified by a Government-created Public "name". The "Government" Public Servants responsible for so "volunteering" Private Citizens will even stoop to using vi et armis, threats, duress, coercion, false arrests (capture), forced assignment of unionized court officers/lawyers(bogus "officers of the court"), criminal conversions, securities fraud, private property trespasses and thefts, trespasses upon the Law of the Case, extortion, and deprivations of all manner and form, etc. These unlawful tactics are used to sustain and mask the extortion of the "volunteering" by the Private Citizen to being identified by a fictitious Public Name. This Citizen has already experienced the forcible serving of alleged "Court" documents from an authority that is totally fictitious and lacking constitutional basis, etc.

There remains one more, fundamental doctrine to explore before we can continue. In point of fact and to their detriment, very few people are aware that in our Anglo-American system of law there are actually two, disconnected, sub-systems of law. First we must properly identify and define the source of this little known fact. It is found in a common, law-school textbook that lists fundamental and rudimentary principles of the science of law:

**"Hornbook."**

**A primer;**
**a book explaining the basics, fundamentals or rudiments**
**of any science or branch of knowledge.'**

**"The phrase "hornbook law" is a colloquial designation**
**of the rudiments or general principles of law."**

**Black's Law Dictionary**
**6th ed.; pg. 737.**

Within this reference one will find the names, types, and jurisdictions of the Public Law and the Private Law.

**"Anglo-American law has been separated into two main divisions'**

**"---Public Law---**
**which has to do with the regulation of relations**
**between independent states**
**and between a state and its (Public) citizen, and'**

**"---Private Law---**
**which regulates the relations between the citizens of the state."**

**Handbook on Common Law Pleading, Page 8;**
**Joseph H. Koffler, Professor of Law, New York Law School and**

**Alison Reppy, Late Dean and Professor of Law, New York Law School
West Publishing Co. (1984)**

As one can plainly see, the Public Law only applies to those entities that are commonly called "creations of the state", or in the fictional case, "STATE." Some of these creatures (state citizens) are variously known as incorporations, municipalities, committees, commissions, conferences, persons, whoever, taxpayers, and just about any and all that are fictionally created. In other words, when compared to the citizenship of a Private, Sentient, Civilian, Sovereign Citizen, none of these "STATE" creations is either natural-borne or naturalized. Since this Citizen clearly has been shown to be liable only to the Private Law, then it must be defined how this Citizen is allowed to respond to damaging and injurious matters at the instigation of the "STATE" or other parties who corrupt/steal this Citizen's identity. This authority, too, is to be found within this same law book.

**"... as the solemn and stubborn fact is that Common-Law Pleading still survives as the basis of our Modern Remedial Law.'**

**"While the New Rules have abolished the distinctive Common-Law Forms, the essential and differentiating rules applicable to Pleading as established at Common Law still survive as a basis of Remedial Law."**

**Handbook of Common Law Pleading, Koffler & Reppy, Page 6
West Publishing Co. (1984)**

The "supreme" Common-Law states:

**"... shall make no law ... abridging the ... right of the people (Private Citizens) ... to petition the Government for a redress of grievances."**

**Article the third (First Amendment), ("further declaratory and restrictive clauses")
Bill of Rights, Constitution for the United States of America (1774-1791).**

So it is by "Petition" that a Private, Sentient, Civilian, Sovereign Citizen must enlist the aid of the Citizen's Government to correct (redress) the wrongs and injuries (grievances), not only to the Citizen, but to the Citizen's Nations, Government, Law, and even the Citizen's Public Servants. Of course, that petition may have many different names (i.e. Civil/Criminal Complaint, Questionnaire, Habeas Corpus, etc.). But the matter at hand is an absolute, factual definition of what is, and what is not, lawful and Christian on the subject of proper, complete, and not-misleading identification.

**Name**

It is evident that we must address this matter at least as venue, while subject matter as well as personam jurisdictions will remain unknown, unless we can factually establish the identity of the parties in this matter. It is an ultimate Public fact that:

**"...a Sovereign is not a "person"**

**United Mine Workers vs. United States, 330 U.S. 258.**

What is a Sovereign? Article IV of the Constitution mandates:

**"The United States shall guarantee to every State in this Union a Republican Form of Government,"**

**Article IV Section 4
Constitution for the United States of America (1774-1791).**

From that we can now declare (as 2 U.S. was in the UNITED STATES SUPREME COURT's "constitutional period):

**"Sovereignty"**

**"... in our republican forms of government the absolute sovereignty of the nation is in the people [Private Citizens] of the nation: and the residual sovereignty of each state, not granted [contracted] to any of its functionaries, is in the people [Private Citizens] of the state;" [Emphasis mine]**

**Chisholm vs. Georgia, 2 U.S. (Dall.) 471**
**Bouvier's Law Dictionary, 8th ed., Page 3096.**

Once again in the UNITED STATES SUPREME COURT's constitutional period, we learn from the positive proofs used in that era:

**"If the ... Government should overpass the just bounds of its authority, and make tyrannical use of its powers; the people whose creature it is must appeal to the standard they have formed, and take such measures to redress the injury done to the Constitution ..." [Emphasis mine]**

**The Federalist Papers, Hamilton, No. 33.**

And finally, even state creatures (incorporations, municipalities, fictions, color of law/Public Law, color of official right/false personators, etc.) are only liable when there factually exists a bona fide contract.

**"The state citizen is immune from any and all government attacks and procedure, absent contract." [Emphasis mine]**

**Dred Scott vs. Sanford, 60 U.S. (19 How.) 393.**

So a Private, Sentient, Civilian, Sovereign Citizen is required to exact lawful behavior, constitutional compliance and redress by petition, those being both by Common-Law Form, and/or an Affidavit in the form of a petition.

It is, therefore, factual, true, and fair to say that by the ultimate Public facts shown:

1) A Sovereign is not a person;

2) A Sovereign is one of the People (We the People/Private, Sentient, Civilian, Sovereign Citizens);

3) A Private Citizen is one of the People;

4) A Private Citizen, as well as a "state citizen" (Public Citizen, "state" creature) is absolutely immune "from any and all Government attacks and procedures", unless there is a procedurally proper and lawful contract present for the state creation and a voluntary act of expatriation by and for the Private, Sentient, Civilian, Sovereign Citizen;

5) As the above is the definition of a Private Citizen, and not a "state and its citizen" (see the Handbook of Common Law Pleading, pg. 8), it is factual to say that, in fact, a Private Citizen is only obligated to the separated Private Law and not to the Public Law.

As the definition of Sovereign could be construed as a fatal flaw, undermining and invalidating all the practices, procedures and processes of any present Government action, it is advisable, as a matter of fairness, to continue to fully explore this subject. To that end we must introduce and examine the term "person". The historical background of this word is ancient, indeed. Our common language word is based in the romance languages, that being "persona". What is a "persona"?

"**Persona** (Lat.)."

**"In its original signification,**
**a mask, ... is extended to the dead ...**
**a statue in a fountain ... a slave ...**
**Roman lawyers sometimes use *persona* so as to include slaves."**
**[Emphasis mine]**

**Bouvier's Law Dictionary, 8th ed., pg. 2575.**

This is the ancient system of "Novation" in which, upon the capturing of a nation by the Roman Army, all citizens had a "persona" attached to them. This not only represented their subjection and enslavement to the Roman Canon Law (Public/Military), but also was an actual identification of a prisoner of war to be plundered. The birth of Jesus actually took place in Bethlehem, and not his "home town," because his father, Joseph, was obedient to the Roman Canon Law (Public Law).

"**Person**, n. per'sn."

**"[L. persona; said to be compounded of per, through or by, and sonas, sound;**
**a Latin word signifying a mask used by actors on the state.]'**

**"8. In law, an artificial person, is a corporation or body politic."**

**Webster's 1828 Dictionary, D. Webster (1828).**

In our common language as far back as 1828 it has been a fact that, in Law, a "person" is "artificial".

***"Artificial person."***

**"A subject of duties and rights which is represented by one or more natural persons**
**(generally, not necessarily, by more than one) but does not coincide with them.**

**It has a continuous legal existence not necessarily depending on any natural life;**
**this legal continuity answers to some real continuity of public functions (Public Servants)**
**or of special purpose (lawful contract) recognized as having public utility**
**or of some lawful common interest (constitutional) of the natural persons concerned."**
**[Emphasis mine]**

**Bouvier's Law Dictionary, 8th ed., pg. 252.**

---

**"Artificial."**

**"Created by art, or by law;**
**existing by force (T.D.C.; vi et armis) of or in contemplation of law."**

**Black's Law Dictionary, 2nd ed., pg. 92.**

It is therefore factual to say that a "person" throughout the history of our common language has always meant a Government-created fiction (artificial) subject to the Public Law, Public Utility, or Public Function. The only

exception is by "lawful common interest" [Common-Law Contract(s)], see our lawful common interests; the Constitution for the United States of America (1764 to Date), and in my case, the Constitution for The State of Arkansas (1836 to Date). Current attacks by the creations of the Public Law and/or by its Public Servants in the name of its fictions (persona/person/whoever/etc.) or otherwise is absent contract, and even a STATE creature is absolutely immune. And by supreme and binding declaration in the UNITED STATES SUPREME COURT, at Dred Scott, we have learned that absolute immunity is dictated where a procedurally proper and lawful contract is lacking, even in the case of a state-created fiction.

**"A name is word or words used**
**to distinguish and identify a person"**
**[Emphasis mine]**

**Name, 65 C.J.S. § 1, pg. 1.**

"C.J.S." are the widely recognized initials of Corpus Juris Secundum (According to the Body of Law) and this is the embodiment of the Public Law, with some Private Law thrown in. In other words, C.J.S. normally starts with lawful constitutional references, and then proceeds to try to explain "ingenious subterfuges and devices, by use of fictions" to abrogate and obfuscate the constitutional Law. It is from this that we can be identified.

Let's look to the Law Dictionaries to find meaning in "person", that which possesses a "name" (Public).

**"Person."**

**"A man considered according to the rank he holds in society,**
**with all the right to which the place he holds entitles him,**
**and the duty which it imposes.'**

**"It may include [*limited to*] artificial beings, as corporations ...**
**territorial corporations ... foreign corporations ...**
**relating to taxation and revenue laws ... XIV Amendment "persons" ...**
**A county ... a slave ... estate of a decedent ... a judge holding court ...**
**an infant [Ward of the Court] ... officers, partnerships, and women ...**
**participants in the forbidden acts ["defendants" & "plaintiffs"] ...**
**agents, officers, and members of the board of directors or trustees,**
**or their controlling bodies, of corporations ...**
**the legal subject [subject-matter] or substance [rem; res] ..."**
**[Emphasis mine]**

**Bouvier's Law Dictionary, 8th ed., pg. 2574.**

It is now factual to say, pursuant to the UNITED STATES SUPREME COURT, the Body of Public Law, our Common language, etc. that a Sovereign is not a person; a person has a name; and, therefore, a Sovereign has not an all capital/acronymical/abbreviation NAME (Public). This seems to fly in the face of logic, because it is the common presumption that everyone has a name. Does this principle include those identifications known as Common-Law or Christian "names"? Are, and how are, these different? Let's address the latter firstly.

As "This is a Christian Nation" 168 U.S. 625 and "The Bible is Law to be applied nationally" 380 U.S. 163 it is easily seen that Divine Law holds a place in supremacy, even over the "supreme Law of the Land", constitutional Common/Equity-Law. It was the Christian duty of my co-creators to give me words that would forever be used to recognize/identify me. These are the same words that were used at my Baptism into the Kingdom of Heaven. This is a guaranteed freedom under our national and State contracts, specifically at the Article the Third (First Amendment) of the "further declaratory and restrictive clauses" of the Constitution for the United States of America (1764 to Date). All Public Servants are required to swear or affirm their word to burden their conscience, secure with their Bond/Surety (before taking office or compensations), and make a binding Common-Law contract that makes this truly a guarantee to all Private Citizens, and not merely a bare assertion. If anyone or anything would try to change the Christian Doctrine of my property, commonly called

my Christian name, then they or that thing would be guilty of establishing a conflicting form of religion that would have to give evidence of its superiority to my Christian beliefs. It is self-evident that this would be an impossible task. Nonetheless, we must address the possibility that someone or something may try to accomplish this wholly anti-Christian objective.

**"If the Christian name be wholly mistaken, this is regularly fatal to all legal instruments,
as well declarations and pleadings as grants and obligations; and the reason is,
because it is repugnant to the Christian religion
that there should be a Christian without a name of baptism,
or that person should have two Christian names,
since our church allows of no re-baptizing;
and therefore if a person enters into a bond by a wrong Christian name,
he cannot be declared against by the name in the obligation,
and his true name brought in an alias,
for that supposes the possibility of two Christian names;
and you cannot declare against the party by his right name,
and aver he made the deed by his wrong name;
for that is to set up an averment contrary to the deed;
and there is the sanction allowed to every solemn contract,
that it cannot be opposed but by a thing of equal validity;
and if he impleaded by the name in the deed,
he may plead that he is another person, and that it is not his deed."**

**A New Abridgement of the Law, Matthew Bacon, Vol. III (1846).**

It should go without saying that the "person" referred to in the above quote is a Christian, and I do not believe that anyone or anything has ever maintained that a Christian is subject to the Government, or a creation thereof, since the Government is foundationally based in Christian Doctrine. As we can easily see, it is impossible to be recognized by two names and maintain your belief structure as that of a Christian. It is obvious that the Divine duty of the gift of the words used to recognize/identify the Christian, and the one-time only solemnity of being washed clean and emerging as a new creation (baptism), offers no option to change horses in the middle of the (life's) stream. If anyone or anything should try to change such things, then we are left with repugnancy and blasphemy of our Christian beliefs. If someone or something should then try to force a different recognition upon you through vi et armis, threat, duress, coercion, etc., then by that act you can identify, define, and expose an anti-Christian despot and tyrant. Therefore, if a Private Citizen is Christian, then, and only upon commission of a Common-Law crime (damage or injury against another Citizen or their Property), can the Christian be made the object of some action; and only in this Citizen's Christian name.

**"The omission of the Christian name by either plaintiff or defendant
in a legal process
prevents the court from acquiring jurisdiction, ..."**

**Bouvier's Law Dictionary, 8th ed., pg. 2287**

Returning to the former subject, the Common-Law name is merely the duty of the parents to assign, and in these nations, this is normally the Christian Name.

We must now re-address the scheme that was known to the Romans as "Novation". "Novation" is nothing other than the assigning of a "persona" by the Romans to the Citizens of a militarily conquered nation. This persona, when brought before the Roman courts, was required to seek "counsel," since a persona is without the corporal heredidments required to defend itself. These courts were in actuality nothing other than King's Bench, Consular, Courts-Martial that were operating under maritime/admiralty hypothecations.

I only mention this because of all the parallels that have been drawn into our currently practiced form of Government today. "Masks" are created to hide the Private Citizen, without his knowledge or consent, from

view. There are many government agencies that can only deal in these masks. Under the "Alien Enemy Program" specifically, these masks are described internationally as "nom de guerre".

**"Nom de guerre."**

**"(F. war name): a fictitious name: Pseudonym"**

**Third New International Dictionary of the English Language, Merriam-Webster, pg. 1534.**

Under International Law of Warfare (Admiralty), all parties to a cause must appear by nom de guerre, because an "alien enemy cannot maintain an action during the war in his own name". See Alien, Wharton's, Pennsylvania Digest, § 20.94 and the Oxford English Dictionary, 2nd. ed., Clarendon Press (1989). It is by International Doctrine that the use of nom de guerre would indicate a state of war. Is it by the Government's use of personas, nom de guerre, artificial persons, fictitious names, etc. with the enforcement of obedience (military jurisdiction) by vi et armis that we can know that the Government, Public Law, Public Servants are waging war against the Private Citizen? Is this done in spite of the Common-Law contracts that are a matter of Public record and that the Private Citizen has in regards to each and every Public Servant? The facts in this matter seem to bear this out. As a matter of fact, an exhaustive description of this "economic war" against the Private Citizens of the United States of America can be found in the Digest of International Law, Volume 10, and pages 95-127. It is here that we will find that the Departments of State, Justice, Commerce, and the Treasury, in disregard of the administrative orders of the President, conduct an "Alien Enemy Program" whose sole purpose is to unconstitutionally seize the properties of all Private Citizens, militarily, with the aid of such maritime hypothecations as "bottomry bonds", etc.

## Abbreviation

A review of the "Federal" Government doctrines regarding names reveals the following:

**"Abbreviations"**

**"Do not abbreviate the first word of a party's name, unless the full name of a party can be abbreviated to widely recognized initials:'**

| | |
|---|---|
| **"Internal Revenue Service** | **IRS** |
| **Federal Trade Commission** | **FTC** |
| **International Business Machines** | **IBM"** |

**United States Style Manual, 2-2 (d); Government Printing Office (GPO).**

Because it is the duty of the GPO to establish the procedures for writing all government documents, in all its branches, it is safe to say that the GPO is the most likely source of information on this subject of expressed identification. Admittedly, there is a section within the United States Style Manual that deals with court documents and how they are to be written. It is revealed that expressions of "Plaintiffs" and "Defendants" (Participants in forbidden acts; artificial persons) will be in the all, upper-case form. But if section 2-2 (d) is to be believed, then we must rely on the "widely recognized" characteristics of such expressions. What is meant by "widely recognized"? Does this mean that certain People are excluded from this recognition? Does it mean that certain People are incapable of this recognition? Must you be privy to such recognitions? Can only lawyers, judges, clerks, policemen, assessors, tax collectors, etc. understand this recognition? Is this a foreign language that must be translated for understanding by the average Private Citizen? Has the Government "of, by, and for the People" created alter egos (Novation) for all the Private Citizens to whom they are responsible? Is this a form of "Novation"? Is the Government's policy one of: "I'll tell you who you are and I will chose what you are, so that I may attack you and your property at my will, regardless of the Private Law"? Does such authority lawfully exist in the Government, or must this be held strictly by vi et armis and threat, duress, and coercion?

All evidences indicate that a system of "Novation" still exists to this day within the present, alleged "government". In order to be "widely recognized", there must be a constitutional obligation upon the Private Citizen or a contractual obligation upon the fiction known as a "state/STATE subject-citizen" (see Fourteenth Amendment). If such obligation or contract exists, there must of necessity be lawful documentation reflecting this. No Private citizen can ever be recognized/identified solely by the bare assertion of another party, (regardless of their title): "Because I say so". To carry such belief is despotic, anti-Christian, and tyrannical, and perhaps even treasonous and communistic. This is not what the GPO meant in its publications, and there exists no conflict between its sections.

Simply stated, the GPO has recognized the separation of the Public Law and Private Law in our Anglo-American Law system. The GPO's statement is that Private Citizens' identifications cannot be an "Abbreviation", and the parties to a judicial process of Public Law cannot be Private Citizens. In other words, it is impossible to identify a Private Citizen as a "Plaintiff" or "Defendant" in any of the "Federal" or "STATE" "courts", because such identifications are artificial (fictitious/nom de guerre) and do not attach to a natural-borne, Private, Sentient, Civilian, Sovereign Citizen.

## Capitalization

We must now explore the rules of our Common language. The identities of things are found in "Nouns". This includes People, Places (venue), and Things (inanimate). Specific identification is accomplished through "Proper Nouns". The Harbrace College Handbook, The McGraw–Hill College Handbook, the Reference Handbook of Grammar and Usage, The Oxford Dictionary of English Grammar, The McGraw-Hill Style Manual, and The Gregg Reference Manual are all books dealing with the rules of grammar and usage in our common language. Nowhere within them can be found any reference that validates an all, upper-case lettered Proper Noun. It is also stated in these texts that a noun which is all, upper-case lettered is merely "initials," which are a representation of something else, those being acronyms or abbreviations.

## "INITIALISM"

In order for a group of initials to make any sense, it must be widely known what each upper case letter represents. Take the following example "wysiwyg". I dare say that out of one hundred (100) People, you would be lucky to find ten (10) who would know its meaning: "What you see is what you get", a computer term. The proliferation of the computer has resulted in an unofficial language, which is "INITIALISM". This begs the question: "Does the government now practice the language of "INITIALISM?" As I type on this computer, its "spell checker" recognizes INITIALISM, but not Novation, and, by Government practice, are they not supposed to be the same? If you have an instance in which your identity has been spelled incorrectly, denoting an artificial person, and asked that it be corrected, and the response you received is that "this is the only way it can be spelled," have you not discovered that you are not being identified as a Private Citizen, but as a creation of the state? Is it not factual to say that any agency of Government that is unable to correct such an error has been established for dealing exclusively with artificial persons, Public Citizens and not Private Citizens? This would include, but not be limited to, all judicial documents (remember the GPO), all licenses, all taxation, all credit instruments, banking, mail delivery, etc. "INITIALISM" deals with acronyms and is the language that is now practiced by the de facto government. There remains another possibility, however, and that is what is known as acronymical identification/representation.

## "acronym"

1 **"Strictly, a word formed from (a) the initial letters of other words, or from (b) a mixture of initials and syllables.'**

**(a) NATO = (North Atlantic Treaty Organization)**
**NIMBY = {not in my back yard)**
***TINA = (there is no alternative)***

**(b) radar = (radio detection and ranging)**

**yuppie = (young urban professional + diminutive ending)**

**sometimes included in the term ABBREVIATION.**

**2 More loosely, an ABBREVIATION pronounced as a string of letters, especially letters that stand for the name of an organization or institution, e.g. BBC, USA.**

**"This usage may be due to the fact that the specific term for this type abbreviation (INITIALISM) is <u>not widely known</u>." [Emphasis mine]**

**<u>The Oxford Dictionary of English Grammar</u>**
**S. Walker & E. Weiner (1994)**

All the other grammar books also recognize acronyms for what they are, i.e., initial letters of words either strictly formed or more loosely as an abbreviation. So in this matter are we to believe that THE STATE OF ARKANSAS is the strict formation of the initial letters of words, or loosely the formation of an abbreviation? In either case, the meaning of this identification is, factually, "not widely known". And no guesswork is necessary to verify the GPO's statement that abbreviations, especially the more loosely formed ones, must be "widely recognized".

There is a common test that can show anyone whether they are dealing with a true, Proper-Noun name, or merely a fictional, artificial identification. As an example, let's take John James, Doe and its fictional want-to-be, JOHN JAMES DOE. Now, simply try to cursively write JOHN JAMES DOE, as one would in a signature. You will soon see that it is impossible to do so legibly, using our common rules of proper writing techniques. Besides, does any Private Citizen sign any document in a cursive all-capital name? There cannot be produced one original document that would show a Private, Sentient, Civilian, Sovereign Citizen signing a document this way. If you would remember your early school days with your Big Chief Tablets and fat pencils, you would remember that when learning to write, you were told that there were two zones per line. The lower and upper zones together were for capital letters (upper case), and the lower zone was for small letters (lower case). When we advanced to writing cursively, we learned that there were some capital letters that did not end where it was convenient for a smooth transfer into a small letter, let alone another capital one. Cursive writing is not conducive to all capital letters, and therefore, there exists no signature that will show that JOHN JAMES DOE is legitimate in any way, nor can any original signature be produced, positively proving the same. You do not have to be a handwriting expert to observe this fatal flaw to JOHN JAMES DOE. In other words, the letters may be the same in these two representations, but our language does not allow for an original signature of JOHN JAMES DOE.

## Idem Sonans

The final step we must climb in our identification of the parties in any action involves a test called "Idem Sonans". This is the one and only audio test of a name that can be found, and once more this test may not be the exclusive province of alleged false personators, claiming to be Public Servants.

**"Idem Sonans"**

**a. "In General**

**"If names sound alike, or substantially alike, they are usually regarded as the same, although spelled differently, and the variance in their spelling is considered immaterial.'**

**"With respect to names, the phrase "idem sonans" means of the same sound.'**

**"The general rule is that the law (Public) does not regard the spelling of names as much as it does their sound.'**

**"Great latitude is allowed in the pronunciation and spelling of proper names, since proper names are often spelled differently, although pronounced the same (Terry-Terri).'**

**"If they sound alike, or even if common usage (widely known) has made their pronunciation identical, they are regarded as the same and a variance in their spelling is immaterial, unless it is such as misleads a person to his prejudice, or the misspelling transforms the name into a wholly distinct appellation." (Emphasis mine)**

**65 C.J.S. § 14 (a), Names, pg. 36.**

---

Same sounding names discussed above are like Terry and Terri, not Terry and TERRY, as the latter is not a Proper Name, but an abbreviation/acronym/INITIALISM. Lets look to proper pronunciation anyway. Pronunciations are found in most dictionaries. One of the words used to recognize the aforementioned example is the word John. Its pronunciation is 'Jän. However, a close examination of the documents of Government, creditors, bill collectors, courts, etc. reveals the word "JOHN." Just as Tina represents a name, TINA means, "there is no alternative" and though they may be purported as sounding the same, they are very different in meaning. I have gone to a five (5)-volume acronym dictionary and looked up JOHN. I have found no meaning whatsoever, either strictly or loosely. Using the pronunciation tables in the dictionary, I have managed to enunciate the pronunciation of JOHN. Its pronunciation is 'Jä 'Ō 'Āch 'En. It is obvious from the basic principles of our common language that John and JOHN do not sound the same, as there is no acronymical authority to the contrary. So what is JOHN? It could be a corporation, a vessel, a computer term, etc. It is not widely recognized or known, and therefore, according to the GPO, an improper abbreviation. This offers no more than an appearance of legitimacy (legal). By the free will and deed of these authorities, the exception clause of the "Idem Sonans" test must be invoked. It is thusly stated:

**"... unless it is such as misleads a person to his prejudice, or the misspelling transforms the name into a wholly distinct appellation."**

**65 C.J.S. § 14 (a), Name, pg. 36.**

This is truly a wholly distinct appellation, as official sources of reference and information do not identify, describe, or define JOHN. And if it is left to "...because I say so", then this is hearsay, and again, it is disallowed (Rules of Evidence). A document, such as an "indictment/information," of the unknown thing calling itself THE STATE OF MISSOURI, for example, is fatally flawed in its definition of the Public Law entities described as "Plaintiff" and "Defendant".

Further, "according to the body of law" (C.J.S.) there is only one test of names known as "Idem Sonans," and this test is well beyond the authority of any judge's ruling. This means that "...because I say so," is an unlawful, infantile, and frivolous defense for the use of fictitious names in identifying natural-borne, Private Citizens, and also represents practicing law, either without a license or from the bench -- both felonies. As a matter of fact, the "body of law" states the following:

**"The question of idem sonans is essentially a question of fact.'**

**"Generally (constitutionally) it is a question of fact for the jury to decide under proper instructions from the court (See; foreign Rule 201(d), Fed.R.Evid.), and it takes a very fair case to give it application as a matter of law."**

**Rodriguez vs State, 363 S.W.2d 472; Jones vs. State, 27 S.W.2d 653.**

**"The question whether or not names are idem sonans**

**is properly a question for the jury ...**
**it has been held that the question is for the jury**
**where it arises on the evidence [foreign Rule 201(d)]."**
**[Emphasis mine]**

**65 C.J.S. Names, § 16, pg. 51.**

For an alleged judge to state that it is his opinion that John and JOHN are the same, is recognized in both the federal and state laws as the felony, "Practicing Law from the Bench," especially when an alleged judge finds it impossible to produce any positive proof whatsoever to support his opinion, such as an original signature of JOHN, or even merely the physical presence of JOHN.

In all "Courts'" headings, we find that the secret, concealing, fictitious, foreign, anti-Christian, unofficial language of "INITIALISM", at best, is used extensively. Because this is a foreign language, the law provides the procedures needed for its interpretations. We find:

**"d. Abbreviations**
**Do not abbreviate the first word of a party's name,**
**unless the full name of a party can be abbreviated to widely recognized initials:'**

| | |
|---|---|
| **"Internal Revenue Service** | **IRS** |
| **Federal Trade Commission** | **FTC** |
| **International Business Machines** | **IBM"** |

**United States Style Manual, 2-2 (d)**

Does anyone know what the second initial of "JOHN" stands for, and is it easily recognized or widely known? If this is to be a representation of a name, lets explore the following. Using what these ALL CAPS authorities use, then TINA is a name. Not so!

According to the "Body of Law" (Corpus Juris Secundum), this matter is exhaustively discussed. As a matter of fact, it states:

**"In general, in the absence of statutory prohibition, judicial inhibition, or fraud, a person,**
**without abandoning his real name, may adopt or assume any name,**
**wholly or partly different from his name, by which he may become known,**
**transact business, execute valid and binding contracts, and carry on his affairs.'**

**"The use of fictitious names is not, however,**
**to be encouraged since it lends itself readily to fraud**
**because of the concealment involved**
**and is likely to be used against the public interests ...'**

**"The average person views with suspicion any use of a fictitious name,**
**and its very use puts on notice a person who has knowledge of such use**
**that there is a purpose to conceal something.'**

**"*<u>If it involves a public official ...</u>***
***<u>there is every reason to conclude</u>***
***<u>that the motive is not in the public interest.</u>*"**
**(Emphasis mine)**

**65 C.J.S. Names, § 9(1), pgs 13-14.**

What can we conclude from all of these references? Is it fair to conclude that any Private Citizen who faces an authority who is insistent upon the use of fictitious names is dealing with a party who has relinquished any and all authority that may have been present, because this authority has additionally assumed the duties of a jury,

and is desperate to conceal the truth? Are we bound to obey such despicable authorities, especially if they commit civil and/or criminal violence to insure our obedience to their secret, unlawful, anti-Christian and unconstitutional demands? It is quite obvious that those parties believing that fictitious names lawfully identify natural-borne, Private Citizens invite questions concerning their patriotism, their word, their constitutional integrity, the power and authority of the jury, and their religious tolerance. It may, in fact, be an exercise in good citizenship to dismiss any implied authority or powers of said creatures and their creators, and if necessary for justice and the Public Peace, to remove forever any and all practitioners of this despicable behavior.

## Mail Fraud

Of course, any outcome of an identification process that cannot be supported, either by the rules of grammar, the United States Style Manual, the Laws of Warfare, Christian Doctrine, the adjudications of Juries, lawful Contracts, etc., if mailed, can only be construed as the felonious product of Fictitious Name/Mail Fraud. **Exhibit D** is the Public Law on this subject and it is found at Title 18 U.S.C. §§ 1341-1342. In reading the Law, one can plainly see that Fictitious Name/Mail Fraud carries substantial penalties indeed, and since the very purpose of this Citizen's Treatise is to educate/inform those who may be ignorant of the law, they may also avoid the severe penalties and jeopardy that can be meted out for the misuse of identifications. Incidentally, this felony is in addition to the felony of Identity Theft (Title 19 U.S.C. § 1028; in part), if applicable.

## Summary

As this treatise has established, there cannot be found any lawful justification that would factually support any attempted identity theft or mail fraud. This Citizen knows that it is not the primary responsibility of this agency to prosecute any crimes, but even a cursory investigation will reveal multiple felonies or even higher crimes.

This Citizen is merely trying to behave as any good Citizen would. This Citizen knows that you can't be everywhere at once, and must rely on us Citizens to help you ferret out those who would try to steal our identities, destroy our way of life, our form of Government, our supreme Law, and, in this case, our freedom of worship. If you require further assistance from this Citizen for any reason, please do not hesitate to contact this Citizen. This Citizen is available to help lawful and honorable Public Servants at any time.

**I declare under the penalties of perjury, pursuant to the Laws of the United States of America that the foregoing is true, correct, complete, and not misleading.**

______________________________

**American/South Carolinian; Christian;**
**Private, Sentient, Civilian, Sovereign Citizen:**
**United States of America, a Republic;**
**The State of South Carolina, a Republic:**
**County of :**
**Township "Within".**

**"... at the mouths of two, or at the mouths of three the matter is established."**
**Deuteronomy 19:15**

______________________________ ______________________________

**Divine and Common Law Witness** **Divine and Common Law Witness**

**End of Document**