John L. Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

American National

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ( Criminal Case No: 07-012T |
| Plaintiff | ( |
| vs. | ( |
| JOHN RICCIO | ( Hearing: |
| | ( Time: |
| Defendant | ( Judge: |

**MOTION FOR CITIZEN'S DEMAND FOR TRIAL BY JURY**

**COMES NOW** "John Riccio", American Citizen, Defendant in Error, Non-licensed attorney litigant, the undersigned, and without accepting the Jurisdiction of this Court, moves the Court as follows:

1. Pursuant to the Rights Secured for him in the Constitution of the United States of America, Article III, Section 2, Paragraph 3, and in the 6th Amendment to Said Constitution; and the State of Rhode Island Trial By Jury is an Inviolate Right and shall be Secured By All, but in a Civil Cause hereby states his Demand For Trial By Jury.

2. "Riccio" Demands that the Presiding Judge, pursuant to His Oath, Honor and Abide by Said Oath, Uphold and Support the referenced National and State Constitutions, and "Riccio" Rights secured therein, and provide Due Process of Law, in a Judicial

Forum, as required, by Law, to Honor and Uphold the Constitution and Riccio's Unalienable Rights.

**TAKE JUDICIAL NOTICE: The Defendant Demands that this Motion Be Granted, as is his "Constitutional Right" Under U.S. Constitution Article 3 Sec. 2 Clause 1 & "Demand Protection" Under U.S. Constitution Article 3 Sec. 2 Clause 2 or the Judge will be Guilty of Violating 18 U.S.C. Sec. 241, ~~[illegible], 264~~ Violations of the Individual Conspiracy to Violations of 42 U.S.C. Sec. 1983 "Under the Color of Law" and can be held "Personally Liable" for Violating the Defendant's Constitutional Rights under 42 U.S. Sec. 1983.**

Respectfully submitted

John Riccio, American Citizen

**CERTIFICATE OF SERVICE**

**I certify** that on this 17 day of May 2007 a true and correct copy of the foregoing Motion was mailed to:

Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John Riccio