UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 07-12-T

JOHN L. RICCIO

**ORDER DENYING MOTION TO DISMISS AND MOTION FOR A CONTINUANCE**

The defendant, John Riccio, has filed:

1. A "Motion to Dismiss for Lack of Subject Matter Jurisdiction" and

2. A document entitled, "Estoppel of Trial for at Least 30 Days . . ." which appears to be a motion to postpone the trial indefinitely in order to:

   - Subpoena and question members of the grand jury
   - Testify before the grand jury and give "his side of the story"
   - Show that his initial arrest was unlawful
   - Obtain unspecified "evidence and witnesses" that he claims have been withheld from him.

and in which he asserts that this Court is biased against pro se litigants because it has not provided "instruction of how pleadings are deficient and how to repair pleadings."

After reviewing and considering these motions, it is hereby ORDERED:

1. Both motions are denied for the following reasons:

   - Since the defendant has been charged with committing a federal crime within the District of Rhode Island it clearly appears that this Court has subject matter jurisdiction and the defendant has provided no valid reason for concluding otherwise.

   - The defendant's claim that he was unlawfully arrested is without merit and, in any event, the lawfulness of his initial arrest has no bearing on whether he is guilty or not guilty of the charges against him.

- a defendant has no right to question members of the grand jury or to testify before the grand jury and this defendant has failed to establish any reason to believe that the grand jury acted improperly.

- The defendant will be afforded an opportunity to present "his side of the story" at trial before a 12-member jury.

- The defendant has failed to identify any evidence discoverable under the Federal Rules of Criminal Procedure or otherwise to which he is entitled and which he has not been provided.

- The defendant has failed to establish any reasonable basis for believing that this Court is biased against him or against pro se litigants.

2 Notwithstanding the foregoing, prior to empanelment, the United States Attorney is ordered to provide the defendant with copies of any statements and transcripts of any grand jury testimony given by any witnesses that the government will call to testify at trial and which previously has not been provided.

3. Jury empanelment will be conducted on May 22 at 9:00 a.m. as previously scheduled and trial will commence on Wednesday, May 23, at 10:00 a.m.

By Order

[signature]
Deputy Clerk

ENTER:

[signature: Ernest C. Torres]
Ernest C. Torres
Sr. U.S. District Judge

Date: May 18, 2007