**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 07-012T |
| | ) | |
| JOHN RICCIO | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION**
**TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and responds to the Defendant's "Motion To Claim And Exercise Constitutional Rights And Require the Presiding Judge To Rule Upon This Motion, And All Public Officers of This Court To Uphold Said Rights":

The government is sure the Court will conduct the proceedings in a constitutional and legal fashion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
zechariah.chafee@usdoj.gov
RI Bar # 3364

**CERTIFICATION OF SERVICE**

I hereby certify that on this 18th day of May, 2007, I caused to be served by electronic notification the within, Government's Response To Defendant's Motion To Claim and Exercise Constitutional Rights, to: Kevin J. Fitzgerald, Esquire, Assistant Federal Defender, Office of the Federal Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903; and a copy to be served by first-class mail, postage pre-paid, to: John L. Riccio, Pro Se, 122 King Philip Drive, North Kingstown, RI 02852.

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
zechariah.chafee@usdoj.gov
RI Bar # 3364