**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 07-012T |
| | ) | |
| JOHN RICCIO | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR CITIZEN'S DEMAND FOR TRIAL BY JURY**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and responds to the Defendant's "Motion For Citizen's Demand for Trial by Jury":

This motion is moot. Jury empanelment is scheduled for May 22nd, and jury trial for May 23rd.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
zechariah.chafee@usdoj.gov
RI Bar # 3364

**CERTIFICATION OF SERVICE**

I hereby certify that on this 18th day of May, 2007, I caused to be served by electronic notification the within, Government's Response To Defendant's Motion For Citizen's Demand for Trial by Jury, to: Kevin J. Fitzgerald, Esquire, Assistant Federal Defender, Office of the Federal Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903; and a copy to be served by first-class mail, postage pre-paid, to: John L. Riccio, Pro Se, 122 King Philip Drive, North Kingstown, RI 02852.

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
zechariah.chafee@usdoj.gov
RI Bar # 3364