**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07-012T |
| | : | |
| JOHN L. RICCIO | : | |

PRE-TRIAL MEMO

1. The Estimated Time of Trial is 2 1/2 days.

2. Witness List

   1. Sheree Hebert

Ms. Hebert is a Personnel Officer with Wal-Mart stores. She will testify that she worked hiring workers at the Warwick Wal-Mart in 2004 and 2004. The defendant worked at Wal-Mart in the sporting-goods department in the Warwick store from December 9, 2003 until February 3, 2004. After February 3rd he left work at the store with an injury. He continued as an employee of Wal-Mart being paid worker's compensation. The worker's compensation ended in October 2005.

   2. Deborah Cheetham

Ms. Cheetham will testify that she supervised the defendant at the Wal-Mart store in Warwick, Rhode Island from December 2003 until February 2004.

   3. Martin Elizardo

Mr. Elizardo will testify that he was a Manager of the defendant in the Warwick Wal-Mart store from December 2003 until early February 2004.

4. Stephen Stone

Mr. Stone will testify that he was the personnel officer for the Transportation Security Administration at Green Airport who hired defendant as a baggage screener in July, 2004. He will testify that on July 19, 2006 defendant faxed to Mr. Stone an SF-86 background questionnaire and a cover letter. Mr. Stone forwarded this to TSA background security offices. Mr. Stone will identify the faxed SF-86 he received and forwarded. The SF-86 stated that defendant had not worked outside the home during the period July 2002 until July 2004.

5. Vivian Dogan

Ms. Dogan is a lawyer in Providence who represented Wal-Mart in litigation with defendant over his Worker's Compensation Claim against Wal-Mart during the period 2005 through the beginning of 2007. She will testify that she took the deposition of defendant in August 2006 in which he said that he had been injured at Wal-Mart in February 2004 and denied any other employment since that injury. Mrs. Dogan will describe the course of the litigation and introduce documents filed with the Worker's Compensation Court in February 2007 in which defendant stated that he was injured as a Wal-Mart employee in February 2004.

6. William Davis

Mr Davis is a Special Agent with TSA he will testify that he investigated defendant in 2006. In September he interviewed defendant and defendant stated that he had submitted the SF-86 to TSA. Mr. David will introduce a written statement made and signed by defendant at the interview.

7. Stephen Saunders

Mr. Saunders is a Special Agent with TSA who participated in the interview of

defendant with Special Agent Davis.

8. Brent Garret

Mr. Garret works in the personnel security section at TSA. He will described how the SF-86 is used in determining the suitability for employment as TSA Airport screeners.

EXHIBIT LIST

| Identification | Full | Exhibit Number | Description of Exhibit |
|---|---|---|---|
| | | 1 | SF-86 submitted by defendant to TSA with false statements on 6-19-06 |
| | | 2 | Cover Letter from defendant to TSA faxed with his SF-86 on 6-19-06 |
| | | 3 | Deposition Transcript of defendant statement to Vivian Dogan on 8-24-06 |
| | | 4 | Acknowledgment of Rights form signed by defendant at interview with Agents Davis and Saunders on 9-19-06 |
| | | 5 | Statement of defendant given to Agents Davis and Saunders on 9-19-06 |
| | | 6 | Stipulation by Stephen J. Dennis, Esq., the lawyer for defendant in his Worker's Compensation Claim admitting February 2003 injury |
| | | 7 | Pre-Trial Order entered 10-6-05 in Worker's Compensation Court |
| | | 8 | Pre-Trial Order entered 5-5-06 in Worker's Compensation Court |
| | | 9 | Petition for Settlement of lump sum entered in Worker's Compensation Court in February 2006. |
| | | 10 | Final Decree entered in Worker's Compensation Court February 9, 2007. |
| | | 11 | Documents filled out by defendant on his first day on the job at Wal-Mart on 7-25-04 |
| | | 12 | Time line showing significant dates and occurances in the trial evidence (being prepared) |
| | | 13 | Appointment Affidavit for TSA position |
| | | 14 | Acceptance of TSA position by defendant |

| | | | |
|---|---|---|---|
| | | 15-? | Documents from defendant's personnel file at Wal-Mart |

ISSUES

Wal-Mart Personnel Officer Sheree Hebert will be bringing to Court photo copies of defendant's Wal-Mart personnel file pursuant to a trial subpoena duces tecum. Wal-Mart would only turn over the personnel file pursuant to a subpoena. The Government has been told there are about 25 documents. These documents were not in the possession of the government before trial and thus could not be provided to the defense before trial.

JURY INSTRUCTIONS

**FALSE STATEMENTS**

Defendant is charged with making a false statement in a matter within the jurisdiction of a government agency. It is against federal law to make a false statement in a matter within the jurisdiction of a government agency. For you to find the defendant guilty of this crime you must be convinced that the government has proven each of these things beyond a reasonable doubt:

First, that defendant knowingly made a material false statement;

Second, that defendant made the statement voluntarily and intentionally; and

Third, that defendant made the statement in a form required by INS.

A false statement is made "knowingly" if the defendant knew that it was false or demonstrated a reckless disregard for the truth with a conscious purpose to avoid learning the truth.

A statement is "material" if it has a natural tendency to influence or to be capable of influencing the decision of the decision maker to which it was addressed, regardless of whether the agency actually relied upon it.

A statement is "false" if it was untrue when made.

First Circuit Pattern Jury Instructions § 4.18.1001

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2007, I caused the within Government's Pre-Trial Memo to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via ordinary mail and postage prepaid to:

John L. Ricco, Pro-Se
122 King Phillip Drive
North Kingstown, RI 02852

And electronically filed to:

Kevin Fitzgerald, Esq.
Federal Defender's Office
10 Weybosset Stree, Suite 300
Providence, RI 02903

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov