IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07-012T |
| | : | |
| JOHN L. RICCIO | : | |

GOVERNMENT'S PROPOSED INSTRUCTIONS

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, proposes the attached jury instructions in addition to the general instructions.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2007, I caused the within "Government's Proposed Jury Instructions" to be filed electronically file with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via ordinary mail and postage prepaid to:

John L. Riccio, Pro-Se
122 King Phillip Drive
North Kingstown, RI 02852

And electronically file to:

Kevin Fitzgerald, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov

The defendant is charged with making a false statement in a matter within the jurisdiction of a United States Government Agency in violation of 18 U.S.C. § 1001(a).

For you to find the defendant guilty of this crime you must be convinced that the government has proven each of the following things beyond a reasonable doubt.

First, that the defendant knowingly made a material false statement,

Second, that defendant made the statement voluntarily and intentionally, and

Third, that defendant made the statement on a questionnaire required by the Transportation Security Administration (TSA).

First Circuit Pattern Jury Instructions § 4.18.1001

A false statement is made "knowingly" if the defendant knew it was false.

A statement is “material” if it has a natural tendency to influence or be capable of influencing the decision of the decision maker to which is submitted, regardless of whether the agency actively relied upon it.

A statement is false if it was untrue when made.

The government requests the courts standard instructions as the burden of proof, circumstantial evidence, direct evidence, "on or about