purported cause No. CR 07-012T

| | | |
|---|---|---|
| the purported UNITED STATES OF AMERICA, | § | IN THE purported |
| V. | § | U.S. DISTRICT COURT |
| the purported JOHN LEONARD RICCIO | § | |
| unrepresented | § | PROVIDENCE, RHODE ISLAND |

# PETITION FOR CLAIMING AND EXERCISING GOD-GIVEN RIGHTS SECURED BY THE CONSTITUTION and REQUIRING THE PRESIDING JUDGE FOR RULING UPON THIS PETITION, and ALL PUBLIC OFFICERS OF THIS COURT FOR UPHOLDING SAID RIGHTS

I, John Leonard Riccio, now come and make this petition, without accepting the jurisdiction of the court, pursuant to oaths sworn by the presiding judge and the attending public officers:

1. For acknowledging and acting in accordance with a United States Federal Court ruling, to wit: "The claim and exercise of a Constitutional Right cannot be converted into a crime." See the principle of law quoted in *Miller v. U.S.* 230 F, 2d 286, 489;

2. For honoring, upholding and abiding by the oaths taken by the presiding judge and attending court officers, pursuant to the Constitution for the United States of America (USA), Article VI, Clauses 2 and 3, and the Rhode Island Constitution, Article III, Section 3, in this matter;

3. For providing due process of law, pursuant to the First, Fourth, Fifth, Sixth, Seventh, Ninth and Fourteenth Amendments of the Constitution of the United States of America, and pursuant to Article I, Sections 1 through 24 of the Rhode Island Constitution, and as required by the aforementioned oaths taken by the presiding judge and attending court officers, in this matter;

4. For providing equal protection under the law, as required by The USA and Rhode Island Constitutions and pursuant to the referenced oaths;

5. For respecting, protecting and upholding the God-given Rights of John Leonard

Riccio, a man lawfully domiciled on the land within the outer borders of Rhode Island, in this matter, which Rights are guaranteed in The USA and Rhode Island Constitutions, pursuant to referenced oaths;

6. For acknowledging and upholding the Constitution for The United States of America as the Supreme Law of this court, in this matter, pursuant to the mandate that the federal Constitution is the Supreme Law of Rhode Island;

7. For acknowledging and so ruling that any court and/or judge which denies a man lawfully domiciled on the land within the outer borders of Rhode Island the presenting of evidence in any hearing or trial in total support of his position, which evidence had previously been sent to Plaintiff and is unrebutted by Plaintiff and counsel, is perjury of oath and denial of due process of law. Since neither Plaintiff nor counsel rebut this evidence, then, there is no dispute, and since there is no dispute, there is no controversy, and since there is no controversy, charges must be dismissed;

8. For acknowledging and so ruling that this court and no other court and no judge in Rhode Island has jurisdiction over or can issue a court order against a man lawfully domiciled on the land within the outer borders of Rhode Island if that court and/or judge: (a) do not provide due process of law; (b) do not provide equal protection under the law; (c) do not respect and uphold the God-given Rights, secured by the Constitutions, of people lawfully domiciled on the land within the outer borders of Rhode Island, and in the instant action, the Rights of me, John Leonard Riccio, a man lawfully domiciled on the land within the outer borders of Rhode Island, pursuant to the God-given Rights guaranteed in the Constitutions for The United States of America and the Republic and State of Rhode Island; (d) act with sufficient force so as to deny the powers of the federal and state Constitutions.

Wherefore I, John Leonard Riccio, respectfully petition this court to grant this Petition for the aforesaid reasons.

All Rights Reserved,

John Leonard Riccio, a man lawfully domiciled on the land within the outer borders of Rhode Island,
unrepresented, Without the United States
[c/o 122 King Phillip Dr]
North Kingstown [02852]
Rhode Island

# FIAT

Hearing on the above PETITION is set for the ___________ day of _____________, A.D. 2007, at _______ o'clock ___.M.

_______________________
PRESIDING JUDGE

Certificate of Service

I certify that a true and correct copy of the foregoing document was / will be hand delivered or sent by mail, postage prepaid, to opposing parties this the 23 day of the fifth month in the year of our Lord and Savior two thousand seven.

John Leonard Riccio