purported cause No. CR 07-012T

| | | |
|---|---|---|
| the purported UNITED STATES OF AMERICA, | § | IN THE purported |
| V. | § | U.S. DISTRICT COURT |
| the purported JOHN LEONARD RICCIO | § | |
| unrepresented | § | PROVIDENCE, RHODE ISLAND |

# PETITION FOR DEMANDING FOR THE COURT FOR READING ALL PLEADINGS John Leonard Riccio FILES WITH THE COURT, AND ADHERING ONLY TO CONSTITUTIONALLY COMPLIANT LAW AND CASE LAW, AND MORE PARTICULARLY, THE BILL OF RIGHTS, IN ITS RULINGS

I, John Leonard Riccio, now come and make this petition, without accepting the jurisdiction of the court, pursuant to oaths sworn by the presiding judge and the attending public officers, and their duties to the federal Constitution, in any and all proceedings before this Honorable Court in this matter:

1. For reading, considering, comprehending and ruling upon all petitions and pleadings John Leonard Riccio files with this Court, with Court rulings based only in and supported by laws, statutes and case law in agreement with, and not in opposition or contradiction to, the federal Constitution, specifically, the Bill of Rights;

2. For honoring, upholding and abiding by the oaths taken by the presiding judge and attending court officers, pursuant to the Constitution for The United States of America, Article VI, Clauses 2 and 3, and Constitutional requirements thereof;

3. Pursuant to those oaths, for basing and supporting all rulings in law or case law which are Constitutionally compliant and which will not: (A) deny the powers of and Rights guaranteed in the federal Constitution; (B) deny God-given Rights secured by the Constitutions to people lawfully domiciled on the land within the outer borders of Rhode Island, in the instant case, me, John Leonard Riccio; (C) violate federal and/or state Constitutionally compliant laws; (D) shield, exonerate or hold purported Defendant

harmless and immune from violating federal or state laws, federal or state Constitutions, violating my God-given Rights secured by the Constitutions and Rights of due process of law, wrongdoing(s), crimes, criminal activity(ies), fraud, collusion and conspiracy, insurrection, sedition and anarchy.

4. For acknowledging that people lawfully domiciled on the land within the outer borders of Rhode Island, in the instant case, me, John Leonard Riccio, are Sovereign in this Nation, and that the government, this, and other Courts serve the people pursuant to: (A) limited powers delegated from the Constitution, which delegated powers are derived from the people; (B) oaths taken to uphold the Constitution; (C) the Constitution, specifically, the Bill of Rights; (D) powers authorized only by the Constitution or laws in full compliance therewith, specifically, the Bill of Rights, and (E) acknowledge that lack of Constitutional authority precludes any action and voids any ruling by this Court.

Wherefore, since the Constitution is the Supreme Law of the Land, to which this Court and presiding judge are sworn, I, John Leonard Riccio, respectfully petition this Honorable Court to grant this Petition, based in and supported by the federal Constitution, for the aforesaid reasons, for honoring and upholding my God-given Rights secured by the Constitutions during all judicial proceedings, for reading my, John Leonard Riccio's pleadings and ruling based only in law and case law compliant with, and not in opposition or contradictory to, the Constitutions.

All Rights Reserved,

John Leonard Riccio, a man lawfully domiciled on the land within the outer borders of Rhode Island,
unrepresented, Without the United States
[c/o 122 King Phillip Dr]
North Kingstown [02852]
Rhode Island

# FIAT

Hearing on the above PETITION is set for the ____________ day of ______________, A.D. 2007, at _______ o'clock ___.M.

______________________________
PRESIDING JUDGE

Certificate of Service

I certify that a true and correct copy of the foregoing document was / will be hand delivered or sent by mail, postage prepaid, to opposing parties this the 23 day of the fifth month in the year of our Lord and Savior two thousand seven.

John Leonard Riccio