# AFFIDAVIT OF JOHN L. RICCIO

**Re: Providence, Rhode Island Airport Department of Homeland Security (DHS), Transportation Security Administration (TSA) Management**

State of Rhode Island
County of Washington, SS:

TRUE COPY

John L. Riccio, being first duly sworn cautioned and sworn, under penalty of perjury, deposes and says as follows:

1. I am in Pro Per and am making the following statements under penalty of perjury verifying both the Facts in the Case and the Legal Fact that a Notarized Sworn Affidavit that is not Rebutted With Legal Evidence Must Be Taken As Fact and Law Under Federal Rule of Evidence 902, particularly Note 8 & 9 "No Further Evidence Needed", and U.S. Supreme Court Case United States v. Kis, 658 F.2d, 526, 536-537 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982. "Indeed, no more than (Affidavits) is necessary to make the Prima Facie Case."

**[ FOR THE RECORD, UPON THE OATH OF OFFICE AND BOND OF THE COURT (CLERK, JUDGE, AND ALL OTHER OFFICERS OF THE COURT) including the DHS/TSA Management of Providence Airport, DHS/TSA, all attorneys and all government officials participating in these Violations; I standing in God's kingdom, accept for value and honor the Judge's & Management of Providence Airport TSA Oath of Office without the UNITED STATES and you and I now have a binding private contract "so help me God", that each of you will protect and defend all my God given and Constitutionally declared rights.]**

2. Affidavit to establish Jurisdiction in the Court. I, John L. Riccio, am a follower of the way, Jesus Christ is my only King and Almighty God my only Sovereign. I am allegiant and loyal to God's Law and the Commands of King Jesus and adhere to man's law whenever there is no conflict (Leviticus 18:3, 4); (We ought to obey God rather than man; Acts 5); (all law is a blessing to those who do good). Pursuant to Matthew 5:33-37, and James 1:12 my yeas are yeas, my nays are nays, I lie not as confirmed by Federal Public Law 97-280, aka 96 Stat 1211. I have personal knowledge of the matters stated herein, & knowledge the liabilities presented in **Briscoe v. LaHue, 460, US 325.**

FACTS OF THE LAW

3. State Courts and Federal District Courts are Courts of Inferior Jurisdiction and are empowered by one source: SUFFICIENCY OF PLEADINGS – meaning one of the parties appearing before the inferior court MUST literally give the court its Judicial Power by completing Jurisdiction. State Courts are courts of Limited Jurisdiction, and may only exercise Jurisdiction when specifically authorized to do so. The Management of Providence Airport TSA has a Duty and Obligation to provide Legal Evidence to support their Claims against the John L. Riccio. Under the Uniform Commercial Code, this Dispute is about Breach of Contract. Both the Management of Providence Airport TSA and the John L. Riccio are Pleading Breach Of Contract. The Court Must Review the Legal Facts to determine which Legal Presentation passes Federal Rules of Evidence 901A Evidence Must Be Authenticated and 902 Sworn Affidavit "No Further Evidence Needed." The following Facts will prove that TSA Management of Providence Airport Conspired to Violate John L. Riccio's Constitutional Rights, thus Violating His Civil Rights and DHS/TSA Federal Government Management Policies.and Regulations. This Dispute with Management of Providence Airport TSA, their TSA Field Attorney (who is not licensed to practice in Rhode Island), the Regional Office of TSA Inspections and TSA Disciplinary Review Board involves Joe Salter, Federal Security Director (FSD); Keith Long, Assistant Federal Security Director (AFSD); Steve Sheridan, Administrative Officer; Steve Stone, HR Specialist; Charles Hahn, Shift Manager; Diane Marley, Shift Manager; Ken Boscoskie, Shift Supervisor; Carolyn Scire, Shift Supervisor; Richard Cook, Shift Supervisor; Regional Director of TSA Inspections; William J. Davis, TSA Agent; Steve Saunder, TSA Agent (and others that investigation may discover who are complicit in this travesty of justice or who continue to deprive John L. Riccio of his Constitutional Rights), Who Conspired to Violate My Constitutional Rights including Constitutional Right of Due Process, Civil Rights by Harassing Me as well as Age and Disability Discrimination, Not Allowing Me to Have An Attorney, and by Sending Me Home Without Pay. Management's Persecution and Retaliation took place repeatedly since August 2004 and is continuing as of the Date of this Sworn Affidavit.

4. On Oct. 23, 24, 2006, the TSA Officers Listed and in particular Keith Long, Steve Sheridan and Steve Stone did conspire to commit Fraud upon a Federal Officer, John L. Riccio, denying him his Constitutional Rights including his Constitutional Right of Due Process, his Civil Rights, and his Legal Right of being a Whistle Blower, thus Violating the 1994 Whistle Blowers Act. TSA Management has punished John L. Riccio based on allegations only and stolen thousands of dollars from him in pay and benefits. TSA PVD has refused to show Mr. Riccio or his attorney any facts or documents to justify the allegations. John L. Riccio was lured to the PVD TSA Office under False Pretenses, Maliciously Blindsided with Unfounded Accusations, denied the Right to Hire Legal Counsel to Defend Myself and Suspended without pay for Fraudulent Reasons. TSA's letter from HR Specialist Stone TSA letter of 10-11-2006 states that " TSA offers to return you to your position as a Transportation Security Officer at full duty with no limitations or restrictions… you will report to my office at 475 Kilvert Street…. At 8:30

AM to complete the return to duty process." TSA's letter of 10-18-2006 from HR Specialist Stone states "Your return to work is anticipated for 8:30 a.m. until 5p.m. until you have undergone retraining." Instead of retraining (there were no such preparations made by TSA), I was accosted by Steve Sheridan mouthing a "Summary of Pre-Discipline Decision Discussion with Employee" letter. The letter is signed by AFSD Keith Long & states that he personally met with me. Long not only did not meet with me, he falsified the official document signing that he did meet with me. Steve Sheridan & Steve Smith signed the letter attesting to the Veracity of it, which is a Conspiracy to Commit Fraud by these 3 Officials. They now ask to be pardoned for falsifying that document. If the Board of Reviews accept their reasoning and fails to institute proceedings against them, then I also must be exonerated. They Fraudulently Wrote that I said, "I have nothing" when in fact I asked for Legal Assistance before commenting, which they vehemently Denied Me. There is a transcription of this meeting. This entire betrayal of trust and betrayal of their Oath of Office caused me to experience extreme Traumatic Stress with Medical Intervention. As soon as I could get an appointment with a psychiatrist I saw Dr Shafer at the Porovidence VA Medical Center. Dr. Shafer states (her letter of 11-03-2006) " The pt is under extreme stress due to the ongoing problems with TSA as relates to the past 2 weeks" TSA Management who has no qualified person on the subject refutes my claim out of pure malice. Another example of **"Outrageous Government Conduct":** On Saturday I received an envelope from TSA PVD in my mailbox that was unfranked (a Federal Felony). It contained 2 letters, both of which were backdated. Another incident of Falsifying Official Documents: the letter of 10-24-2006 from AFSD Long states that HE has decided to suspend me from duty and pay effective "...upon receipt or 5 days from date of mailing..."; the second letter dated 10-25-2006 was also backdated and put me on AWOL Status and Suspended Me without Pay because "they could not reach me." My home phone was acting up that day & I never received Any Calls from TSA. My Cell Phone, which is listed in my Personnel File with TSA PVD, never rang. If they wanted to contact me, the Cell Pone is the usual method employed by TSA. All of these fraudulent and malicious acts of discrimination and persecution have unlawfully deprived me of pay and benefits to which I am entitled. By backdating (falsifying) official documents and lying In the " Notice of Indefinite Suspension" to try and justify their actions, Management has stolen a full weeks pay (10-23-2006 to 10-28-2006) from me as well as 6 more weeks and counting! Their Allegations, Suspensions, Stopping My Pay, and Falsifying Official Documents show the continued Harassment, Discrimination, and Persecution that these TSA Officials have put me through. For all the people named above, this shows Premeditated Malfeasance of their Oath of Office, a Felony as is Fraud, Conspiracy, and Civil Rights Violations. The TSA Officials Have Violated both the Civil and Criminal Civil Rights Statutes. Violation of Civil Rights Statutes calls for $1 Million Per Violation. This encompasses those directly responsible and those that support and affirm these actions.

5. Management required me to fill out form "SF 86" (Questionnaire for National Security Position) four (4) times (Oct. 25, 2003; June 2, 2005; Aug. 30, 2005; June 9, 2006) over a period of more than 2 years. Management falsely reporting to me that each previous "SF 86" was lost and instructing me to duplicate the original. I was usually

given just a few hours to complete because "...HQ needs them again." Miraculously Management has found all 4 copies when they decided to trump up charges against me on 10-23-2006. This shows Premeditation and Conspiracy to illegally set me up with False Charges. Then on Oct. 23, 2006 accusing me of Submitting False Information as it related to my Marital Status and Past Employment. The Original SF 86 was dated Oct. 1, 2003 & the Information was to have been as of that Date. The reissued SF 86's were correct as of the original date and were duplicated in the manner Management required. My Marital Status changed over time and was appropriately reflected in different documents: CA-7 & Health Benefits after that Date showing my new status.

6. TSA Management held several meetings with me under False Pretenses and Lying to me. On or about May/June 2005 I requested a meeting with FSD Salter in accordance with his then stated "open door policy". I availed myself of Federal Whistleblower Law and discussed how I was being discriminated against. I stated that I was being held to a different standard than my fellow Black, Hispanic and Female TSO's. They were allowed to cavort while on duty. While at the security Checkpoint and on the X-Ray machine these people were hugging, kissing, giving and receiving back rubs, chewing gum and talking on their cell phones. These actions were observed by all levels of management and condoned. I reminded FSD Salter that he must have this on recorded tape as a camera was pointed directly at the xray machines in question. Ultimately, I was disciplined and moved to another Team so I could not observe the flaunting of TSA rules. Nothing was said to the offenders. From that time on I was picked on, persecuted and discriminated against for Salter had me on his "forced attrition list" I was taken to task by Marley for receiving a call from my doctor while being hidden from public view, as this was the approved method of cell phone use I can only surmise that I was being on. On Jan. 28, 2006 FSD Salter. AFSD Long and Administrative Officer Steve Sheridan called me into the Office while I was under Heavy Medication (Percicet & Skelaxin) and I voiced my hesitancy because of the Medication, my safety in driving under the use of such narcotics and my coherence. Without regard for my safety, Salter insisted I come in to assist him fill out a required report on my CA-1 of 12-19-2005. They questioned me regarding the accident and I answered truthfully. Their Allegation that I said that I had No Previous Workers Compensation Claims is Discrimination, Reprisal and a Fraudulent Fabrication. I admitted to having a Claim the Previous Year. I did not admit to having Identical Injuries previously to that, because there was No Previous Identical Injuries. Sheridan was taking notes and I requested a copy, which they denied. I can see now I was being targeted for disciplinary action. I guess they believed that if the notes were fabricated and they swore to them, it would be 3 against one.

7. FSD Salter Arranged a meeting with two TSA Agents and me on Sept. 19, 2006 with the announced Purpose of Utilization of My Knowledge of DOL'S poor performance for injured TSA Employees; additionally they wanted to know about TSA's poor performance in assisting me with the process and particular nurse Sue Snow. They told me what to say and write "to help others" in the future. When in Reality they were Secretly falsifying and twisting my answers and covering up pertinent information on

Paperwork so as to "hide the small print" from me. I was never sworn and I was never informed that I was the target of this meeting. They used Entrapment, Obfuscation, and Deceit to Submit False Information to Management as was requested by Management. Both of these agents indicated that they were there at the request of FSD Salter. They never once indicated they were investigating me. Again because I was taking narcotic painkillers I was forced to trust them. I did not expect Government officials to lie to me and falsify documents. All of my answers were consistent with the information previously given TSA management.

8. FSD Salter, AFSD Long, Administrative Officer Sheridan and HR Specialist Stone accused me of Falsifying a Workers Compensation Injury when it had been accepted and Verified By Independent Officials. Specifically, Management Falsifies an Official Document by specifying that there was No Activity On My Badge for that day (Dec. 19, 2005). However, I used my Badge several times that Day. It is widely known that there have been problems at Gate 17 pass station, which was only one of several pass stations that I used that day. . Management has refused to provide Documentation of this Falsified Information. **DHS and TSA have a huge liability in this entire issue because of their negligence.** This Important Information can be Demanded and Received under either the Freedom of Information Act or from a Court Subpoena in a Civil or Criminal Complaint Case. Furthermore, each of the Providence TSA Management can be Served a Subpoena to Testify As a Witness. The Incident occurred because of TSA Management's Defiance of the Law.

9. On 10-23,24,25-2006 Keith Long, Steve Sheridan and Steve Stone Signed Official Documents libeling me and impugning my veracity with False Statements, all under the Direction of FSD Salter. These are memorialized by their 4 pages of False Accusations included herein. **I have answered all of their allegations and supplied the Facts (with specific examples) to prove the heinous violation of most of my Constitutional Rights.** By Signing an Official federal government document containing known Falsifications Management has Committed Felonies against a Federal Officer, John L. Riccio. These actions of Management should not be upheld by Superior Authorities least they sink to the level of their underling's conspiracy and expose themselves to similar liabilities.

10. The TSA Management's Illegal Acts Resulted in Depriving Me of Seniority and Pay based on false information and nonexistent "documents." When I was medically able to return to work with Light Duty from my first injury in the early spring of 2005, I was Refused Reemployment by Management because they determined that it was not in the Line of Duty. That is Under Appeal. Pregnant Women were allowed Light Duty employment and I submit that their Medical Situation was not in the Line of Duty. TSA cannot Legally Discriminate because of Gender. When I questioned Management on this point I was told that they could do Whatever They Pleased. **This is an Admission of a Belief that they believe They are Above the Law.** I requested Written Documentation

of this Authority, but I was told that it was a TSA Document and they refused to allow me access to it. It will be interesting if they will Defy a Court Order? This Discretion cost me Thousands of Dollars and Loss of Seniority. **This is Irrefutable Evidence of Violating My Civil Rights that allows for $1 million Per Violation. I was also passed over for promotion to full time while Hispanic officers were promoted with less seniority.** Again TSA Management alluded to an Official Publication that gave them this Authority but again they Denied Me the opportunity to review it. **This is another Violation of My Civil Rights.**

11. On 9-28-2005 Manager Diane Marley specifically ordered me to work at home without compensation. Manager Diane Marley threatened me with loss of employment if I spoke to Russ Spate or Elaine Carr concerning the "nonexistent" Letter of Counseling Manager Diane Marley secretly harbored and revealed at a time to do me harm. Manager Diane Marley Threatened me with Punitive Action for Exposing Fraud and persecuting me for exposing their Misuse of Government Funds. On or about June/July, 2005 I reported that Ken Broscoskie had opened my mail that was government stamped as Private. Rather than take corrective action against one of their own, Marley threatened me with disciplinary action for " submitting False Information" I still have the envelopes and the correspondence contained therein. I know that Broscoskie's fingerprints are on them. I have maintained control of these documents. Marley was not the least bit interested in the truth. She had her marching orders to persecute me. This is a Violation of the 1994 Whistle Blowers Act. In the early spring of 2005 I went to FSD Salter (through his open door policy, which he later coined the oxymoron " open door but through the chain if command") and complained of misuse of Government Funds and Age & Disability Discrimination which was taken as troublesome and bought me Persecution and their utilization of their announced "Policy of Forced Attrition". For over 3 years TSA PVD denied Part Time TSO'S the mandated 15 to 30 minute breaks per shift as Written in TSA Documents. Others and I were made to work illegally without pay. Because of my insistence Management eventually acknowledged the mandated breaks but put me on their "watch list". Management received extra monies for disbursement to all TSO'S, however; FSD Salter's instituted policy encouraged middle management to discipline TSO'S for any minor misstep. Once this happened that TSO was not eligible for his share of the appropriated monies. This "extra" money was then used to enrich Management bonuses and pay for secretaries, assistants, new furniture and other unwarranted expenses at the "palace."

12. TSA PVD keeps at least 6 different Personnel Files on me and but gives me some selected information when requested. I have requested my Entire Personal File as well as my Training File more than once. Management (Steve Sheridan) has seen fit to Submit Falsely that there is very little in my Files and any Duplication would b a hardship on them. Keith Long told me in person that there was nothing adverse in my files. Obviously this was a false statements. On several occasions both verbally and in written form Management has relayed to me that there was nothing detrimental in my personnel files. If they were truthful there would be no allegations of wrongdoing and no

reason for suspension. If there is very little in the File, it Cannot Be a Hardship. More importantly Legally, I have an Absolute Constitutional Right to Review My Personal File or my Constitutional Rights and Civil Rights are Being Violated. However when they have accused me of things Falsely they always come up with a Letter in My File that is Detrimental and False. I have asked for copies of these False Documents but I have been told that they can't find them or I can't have them or they are destroyed. Against Federal Law Management presently keeps 6 different Personnel Files on me and others. These Different Files are kept as follows: Salter, Long, Stone, Training, Shift Supervisors and Team Supervisors. Each File containing different information to be used for Harassment when Management decided to discredit or suspend me. For instance: Scire and Capotosto targeted me for "counseling" and produced a previous letter of "counseling" that was not signed nor in my "official file" This document was supplied to them by Hahn and Marley to discredit me illegally.

13. On or about Aug/Sept, 2006 FSD Salter corrupted and tainted this present action by revealing my personal and private information to one or more casual social acquaintances at a party. He bragged to them about how he was to screw me in the near future. He even laid out the exact same scenario of events that TSA actually did do. This dirty deed must disqualify him from his position as FSD and taint all that he and his subordinate minions have conspired to harm me. Salter and the rest of the conspirators MUST be SUSPENDED WITHOUT PAY AS THE JUDICIAL BRANCH of the Federal Government investigates their unlawful acts. **Anything less would be a show of discrimination towards me.** Furthermore, it shows that my meeting and suspension was a foregone conclusion, orchestrated and dictated by Salter, before I arrived on 10-23-2006 contradicting the False Statements of Keith Long.

14. TSA PVD cites P.L. 107-71 as the legal authority for my suspension on SF 52. In requesting this personnel action there is no mention of withholding of pay. Management has already suspended me without pay without legal authority. Nothing in that Law gives TSA PVD the authority to suspend me without pay. P.L. 107-71 does state to their detriment:

(Sec. 114) Sets forth both civil and criminal penalties for persons who interfere with airport security screening personnel.

Sec. 201 "(a) (3)
(3) by adding at the end of subsection (c) the following: ``Subsections (a) and (b) do not apply to civil actions to recover collateral source obligations. Nothing in this section shall in any way limit any liability of any person who is engaged in the business of providing air transportation security and who is not an airline or airport sponsor or director, officer, or employee of an airline or airport sponsor.".

15. **Crimes Against the U.S. Government and its People:**
What is the difference between a judge or government official who acts without jurisdiction, and therefore, according to the U.S. Supreme Court, is engaged in an act of treason to the U.S. Constitution, and Osama Bin Ladin? Both are enemies of the United States. The latter is a foreign enemy of the United States; the former is a domestic enemy of the United States. Both have declared war against the United States. Both have been engaged in a crime against the U. S. Government and a crime against its people. The United States Supreme Court has clearly, and repeatedly, held that any judge or government official who acts without jurisdiction is engaged in an act of treason. [U.S. v. Will, 449 U.S. 200,216, 101 S. Ct. 471, 66 L. Ed. 2D 392, 406, (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264,404, 5 L. Ed 257(1821)]. Engaging in an act of treason against the United States Constitution by any citizen of the United States is an act of war against the United States. [ Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401(1958)].

The United States Supreme Court, in Twining v. New Jersey, 211 U.S. 78,29 S. Ct. 14,24(1908) states that " Due Process requires that the court which assumes to determine the rights of parties shall have jurisdiction." Citing Old Wayne Life Association v. McDonough, 204 U.S. 8, 27 S.Ct. 236 (1907); Scott v. McNeal, 154 U.S. 34,14 S. Ct. 1108(1894); Pennoyer v. Neff, 95 U.S. 714,733 (1877).
Due Process is a requirement of the U.S. Constitution. Violation of the United States Constitution by a judge or government official deprives that person from acting as a "judge" under the law. He/She is acting as a private person and not in the capacity of being a "judge". All personnel of the U.S. Military, the National Guard, All U.S. Attorneys, all members of the U.S. Senate and the U.S. House of Representatives, all Cabinet Secretaries and all government employees have taken the following oath of office: *"I, ________, do solemnly swear (or Affirm) that I will support and defend the Constitution of the United States against all enemies, foreign or domestic; that I will bear true faith and allegiance to the same;....."* The Illinois Supreme Court has held that **those who aid, abet, and act to execute the order of a judge or government official who acts without jurisdiction are equally guilty. They are equally guilty of the same crime.**

16. TITLE 18, U.S. CODE .....CRIMES AND CRIMINAL PROCEDURE CHAPTER 115

Sec. 2382. MISPRISION OF TREASON.

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States or to the governor or to some judge of a particular State, is guilty of misprision of treason and shall be fined not more than $1,000 or imprisoned not more than seven years, or both.

Sec. 2383. REBELLION OR INSURRECTION.

Whoever incites, sets on foot, assists, or engages in any way rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

Sec. 2384.

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States, contrary to the authority thereof, they shall each be fined not more than $20,000 or imprisoned not more than twenty years, or both. As amended July 24, 1956. C.678, Sec. 70 Stat. 623.

SPECIAL NOTE

Sec. 2382. Applies to all citizens and especially supports the responsibility of Posse members to see to it that the law be upheld.

Sec. 2383. And 2384 can be used in bringing charges against our public officials in almost any department, Metrocrats, Commissioners, zoning and planning Bureaucrats, etc.

17. On 8-15-2006 Manager Charles Hahn deprived me of my place with the TSA SPOT Program. He had previously disciplined me based on letters "in my file" that were not in the file given to me by the Administration Department. These letters were from the Airport Police Chief and a TSA PVD "official" that Hahn would not name. I asked where the letters came from because they were not in my file according to the Administration Department. As he berated me I asked to see and have a copy of the letters in question. He refused and later he denied that they even existed. His gossip to other TSA management slandered me and put me in a position for Management's Malicious Persecution.

**18. A Judge does not have Authority or Jurisdiction to Disobey U.S. Supreme court Precedent Case Rulings. The following is absolute, irrefutable Evidence from a U.S. Supreme Court Ruling that a Sworn Affidavit is "Prima Facie Evidence" in the Case. To Disobey this U.S. Supreme Court Ruling is "Prima Facie Evidence" of Acting Without Jurisdiction, an Act of TREASON according to the U.S. Supreme Court.**

**"Indeed, no more than (Affidavits) is necessary to make the Prima Facie Case." United States v. Kis, 658 F.2d, 526, 536-537 (7th Cir. 1981); Cert Denied, 50 L.W. 2169; S. Ct. March 22, 1982.**
**Morris v. National Cash Register, 44 SW 2d 433.**
**Seitzer v. Seitzer, 80 Cal. Rptr. 688 "Uncontested Affidavit taken as true in Support of Summary Judgment."**
**Melorich Builders v. The SUPERIOR COURT of San Bernardino County (Serabia) 207 Cal. Rptr. 47 (Cal.App. 4 Dist. 1984) "Uncontested Affidavit taken as true in Opposition to Summary Judgment."**

19. I am not an expert in the law however I do know right from wrong and I understand the English Language. If there is any human being damaged by any statements therein; if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herewith reserve the right to amend and amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties including Management of Providence Airport TSA and any Judge given notice by means of this document have information that would contravene or overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within 30 days from receipt hereof providing me with your counter-affidavit, proving with particularity by stating all requisite actual evidentiary facts or conclusions of law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficient to change materially my status and factual declarations. Your Silence stands as consent to and tacit approval of the factual declaration herein being established as fact as a matter of law. May the will of our Heavenly Father YHWH, through the power and authority of the Holy Spirit sent by his son Jesus Christ be done in earth as in Heaven. AMEN!

**Reserving ALL Natural GOD-Given Unalienable Birthrights and Waiving None of the Liberties granted by Almighty God. 28 USC 1746.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Further Affiant sayeth naught

John L. Riccio, Affiant

Sworn to before me and subscribed in my presence this 23 MAY ~~___ day of December, 2006~~.

Notary Public

Notary for the state Rhode Island

My Commission Expires 6/24/09

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, to FSD Salter et al., U.S. Department of Homeland Security, Transportation Security Administration, 475 Kilvert Street, Suite 220, Warwick, R I 02886-1360 on this 15th day of December, 2006.

______________________________
**John L. Riccio**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, to Assistant Administrator for Human Resources, Transportation Security Administration –TSA-21, Attention: Disciplinary Review Board, 601 South 12th Street, Arlington, VA 22202-4204 on this 15th day of December, 2006.

__________________________

**John L. Riccio**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, to Mr. R. Whitford, Assistant Administrator for Human Capital, Transportation Security Administration 601 South 12th Street, Arlington, VA 22202-4220 on this 15th day of December, 2006.

____________________________

**John L. Riccio**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, to Mr. D. Holmes, Assistant Administrator for the Office of Inspection Transportation Security Administration 601 South 12th Street, Arlington, VA 22202-4220 on this 15th day of December, 2006.

______________________

**John L. Riccio**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, to Michael Chertoff, Secretary, U.S. Department of Homeland Security, Washington, D.C. 20528 on this 15th day of December, 2006.

______________________________
**John L. Riccio**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, to Kip Hawley, Assistant Secretary for TSA, U.S. Department of Homeland Security, Washington, D.C. 20528 on this 15th day of December, 2006.

______________________________

**John L. Riccio**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, to on this Richard L. Skinner, Inspector General, U.S. Department of Homeland Security, Washington, D.C. 20528 15th day of December, 2006.

______________________________
**John L. Riccio**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, Elaine L. Chao, Secretary of Labor, U. S. Department of Labor, Frances Perkins Building, 200 Constitution Avenue, NW, Washington D. C. 20210 on this 15th day of December, 2006.

______________________________

**John L. Riccio**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by mailing a copy by United States mail, first-class postage prepaid, To Alberto R. Gonzales U. S. Attorney General, U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 on this 15th day of December, 2006.

______________________________

**John L. Riccio**