**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** C.R. No. 07-12T

**JOHN L. RICCIO**

## VERDICT

| WE THE JURY FIND THE DEFENDANT | (Check one) | |
|---|---|---|
| JOHN L. RICCIO: | Guilty | Not Guilty |
| 18 U.S.C. § 1001<br>Making a Materially False<br>Statement on a Document<br>Submitted to the Transportation<br>Security Administration | X | |