AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America V. John L. Riccio

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR07-12T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | Zechariah Chafee, AUSA | John L. Riccio, pro se |
| TRIAL DATE(S) 5/23/07-5/25/07 | COURT REPORTER Debra D. Lajoie | COURTROOM DEPUTY Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/23/07 | | | W-1, Sheree Hebert |
| 10 | | 5/23/07 | X | FULL | Document signed by defendant on the 1st day at Wal-Mart |
| 15 | | 5/23/07 | X | FULL | Page from defendant's personnel file at Wal-Mart |
| | A | 5/23/07 | | FULL | Page from defendant's personnel file at Wal-Mart |
| | | 5/23/07 | | | W-2, Deborah Cheetham |
| | | 5/23/07 | | | W-3, Vivian Dogan |
| 11 | | 5/23/07 | X | FULL | Final Decree and Order from Worker's Compensation Case |
| 3 | | 5/23/07 | X | | Transcript of John Riccio Deposition conducted 8/24/06 |
| 7 | | 5/23/07 | X | FULL | Worker's Compensation Document |
| 8 | | 5/23/07 | X | FULL | Worker's Compensation Document |
| | | 5/23/07 | | | W-4, Stephen Stone |
| 1 | | 5/23/07 | X | FULL | SF-86 submitted by John L. Riccio to T.S.A. dated 6/19/06 |
| 2 | | 5/23/07 | X | FULL | Copy of Fax Cover Letter from John Riccio to Stephen Stone RE SF-86 |
| 2A | | 5/23/07 | X | FULL | Fax Cover Letter from John Riccio to Stephen Stone RE SF-86 |
| | B | | X | | SF-86 of John Riccio dated 8/30/05 |
| | C | | X | | SF-86 of John Riccio dated 6/9/06 |
| | D | | X | | SF-85P of John Riccio dated 10/25/03 |
| | | 5/23/07 | | | W-5, William Brent Garrett |
| | | 5/23/07 | | | W-6 William Davis |
| 4 | | 5/24/07 | X | FULL | Acknowledgement of Rights Form dated 9/19/06 |
| | | 5/24/07 | | | W-4, Stephen Stone |
| | E | 5/24/07 | X | FULL | Note from Stephen Stone to John Riccio |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. John L. Riccio

CASE NUMBER: CR07-12T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F | 5/24/07 | X | FULL | Email from Ms. Greenlee to Mr. Sheridan forwarded to S. Stone |
| | G | 5/24/07 | X | FULL | SF-85P Instructions |
| | H | 5/24/07 | X | FULL | Memorandum of Interview Activity dated June 15, 2006 |
| | I | 5/24/07 | X | FULL | Office of Inspection T.S.A. Worker's Compensation Audit |
| | | 5/24/07 | | | W-7, Keith Long |
| | J | | X | | Summary of Pre-Discipline Decision Discussion with Employee |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |