John Leonard Riccio
122 King Philip Drive
North Kingstown, RI 02852
Tel: (401) 884-3032

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ( Criminal Case No: 07-012T |
| Plaintiff | ( |
| vs. | ( |
| JOHN RICCIO | ( Hearing: |
| | ( Time: |
| Defendant | ( Judge: Ernest C. Torres |

**MOTION TO TRAVEL**

The Defendant, John Leonard Riccio prays this Honorable Court will give him permission to travel to Boston, MA on July 13,14,15, 2007. My wife gave me a Father's Day gift of two nights at the Boston Copley Place Marriott and a night game at the Boston Red Sox, Fenway Park on July 14,2007. I would travel up to Boston on July 13,2007, stay overnight on July 13 & 14,2007 and return on July 15,2007. I would be reachable at all times by my cell phone (401-829-1995) and through the Marriott. The trip is paid for.

Respectfully submitted

John Leonard Riccio

**CERTIFICATE OF SERVICE**

**I certify** that on this 27 day of June 2007 a true and correct copy of the foregoing

Motion was mailed to:

Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John Leonard Riccio