UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-012T |
| | ) | |
| JOHN RICCIO | ) | |

MOTION TO CONTINUE SENTENCING

Now comes John Riccio, the Defendant in the above captioned matter, and moves this Honorable Court to continue his sentencing for 30 days, to the week of September 24, 2007. Mr. Riccio submits the attached memorandum in support of this request.

Respectfully submitted
John Riccio
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and Heather McLoughlin, United States Probation Officer, on August 15, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-012T |
| | ) | |
| JOHN RICCIO | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Riccio has moved this Honorable Court to continue the sentencing in this matter currently for 30 days to the week of September 24, 2007. As the Court will recall, Mr. Riccio handled his trial pro se with defense counsel designated as "stand-by." Mr. Riccio has requested counsel to now step in and handle his sentencing argument. The additional time is needed for defense counsel to properly prepare for sentencing. The Court should note that counsel is court excused for vacation from August 20 to 24, and will also be outside the district for a training seminar from September 17 to 19. The government, through AUSA Zechariah Chafee, has no objection to the granting of this motion.

Respectfully submitted
John Riccio
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, and Heather McLoughlin, United States Probation on August 15, 2007.

/s/ Kevin J. Fitzgerald