IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.07-12T |
| | ) | |
| JOHN RICCIO | ) | |

**GOVERNMENT'S MOTION FOR A SHORT**
**CONTINUANCE OF SENTENCING**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and moves to grant Its Motion For A Short Continuance of Sentencing for those reasons stated in the accompanying memorandum.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar No. 3364
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001
zechariah.chafee@usdoj.gov

**CERTIFICATION OF SERVICE**

On this 13th day of September, 2007, I caused the within Government's Motion For A Short Continuance of Sentencing, with accompanying Memorandum in Support, to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin J. Fitzgerald
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

And Prepaid Postage to:

John L. Riccio
122 King Phillip Drive
North Kingstown, Rhode Island 02852

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar No. 3364
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.07-12T |
| | ) | |
| JOHN RICCIO | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR A SHORT CONTINUANCE OF SENTENCING**

The government moves to continue the sentencing hearing in the Riccio case from October 2, 2007 until the following week. As the court knows, the United States Attorney's Office has scheduled all-day all-hands training sessions for October 1-4 and has scheduled an all-day retreat at the W. Alton Jones Conference Center on Friday, October 5. The training is in the use of Automated Litigation. Government's counsel is not well-versed in the use of automated litigation and believes it would be best for his improvement as a litigator in the new electronic courtrooms if he did not miss any of the training. (As much as he would prefer to be in court arguing the instant case). The training is a one-time only event, not something that will be done again later.

Furthermore this sentencing hearing will not be as short as many are. The government expects this sentencing to be hotly contested as the government will be seeking the upper end of the guideline range for incarceration. The Government realizes that

the sentencing has been continued for over a month already, (at defendant's request), however, the defendant is not detained and another, shorter, continuance should not work a hardship on the parties or, hopefully, the court.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar No. 3364
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001
zechariah.chafee@usdoj.gov

**CERTIFICATION OF SERVICE**

On this 13th day of September, 2007, I caused the within Government's Objection To Defendant's Notice of Sentencing Alternative, with accompanying Memorandum in Support, to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin J. Fitzgerald
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

And Prepaid Postage to:

John L. Riccio
122 King Phillip Drive
North Kingstown, Rhode Island 02852

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar No. 3364
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001
zechariah.chafee@usdoj.gov