UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-012T |
| | ) | |
| JOHN RICCIO | ) | |

RESPONSE TO GOVERNMENT'S MOTION TO CONTINUE SENTENCING

Now comes John Riccio, the Defendant in the above captioned matter. Mr. Riccio has no objection to the government's September 13, 2007, request to continue his sentencing currently scheduled for October 2, 2007.

Respectfully submitted
John Riccio
By his attorney,

John Riccio

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on September 20, 2007.

/s/ Kevin J. Fitzgerald