UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-012T |
| | ) | |
| JOHN RICCIO | ) | |

---

**NOTICE OF APPEAL**

Now comes the defendant, John Riccio, and hereby notices the appeal of his sentence imposed on October 11, 2007.

Respectfully submitted
John Riccio
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was filed electronically with notification to Zechariah Chafee, Assistant United States Attorney, on October 16, 2007.

/s/ Kevin J. Fitzgerald