UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

October 18th, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *07-CR-12T USA v. JOHN RICCIO*

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Ryan H. Jackson
DEPUTY CLERK

encl.: Certificate of Clerk, Appeal Cover Sheet, Complete File w/ PSI Report and Certified Copy of Docket

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C. CR 07-12T C.C.A.#

2. TITLE OF CASE: USA v. JOHN RICCIO

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):
PLEASE SEE ATTACHED DOCKET SHEET

NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
PLEASE SEE ATTACHED DOCKET SHEET

4. JUDGE ERNEST C. TORRES

5. COURT REPORTER(s) & DATES

| | | | |
|---|---|---|---|
| 6. | TRANSCRIPTS ORDERED | ___YES | _X _NO |
| 7. | COURT-APPOINTED COUNSEL | _X_YES | ____NO |
| 8. | FEE PAID | ___YES | X NO |
| 9. | IN FORMA PAUPERIS | ___YES | _X__NO |
| 10. | GUIDELINES CASE | ___YES | ____NO |
| 11. | MOTIONS PENDING | _X_YES | ____NO |
| 12. | RELATED CASE ON APPEAL | ___YES | ____NO |

C.C.A. # (IF AVAILABLE)
DATE OF LAST N.O.F.A. FILED:

13. SPECIAL COMMENTS: ENCLOSED PLEASE FIND COMPLETE FILE, THE CERTIFICATE OF THE CLERK, PRE SENTENCE INVESTIGATION REPORT AND A CERTIFIED COPY OF THE DOCKET SHEET