UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 07-12-T

JOHN L. RICCIO

**ORDER DENYING DEFENDANT'S MOTION FOR STAY OF SENTENCE**

Defendant John Riccio's motion to stay the sentence imposed on October 11, 2007 is hereby denied for the reason that Mr. Riccio has failed to show that his appeal "raises a substantial question of law or fact" within the meaning 18 U.S.C. §3143(b)(1)(B) that is likely to alter his conviction or sentence.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 10/26/07